1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KURT WHITMEYER | \* | CIVIL ACTION |
| VERSUS | \* | NUMBER 08-5239 |
| VOLVO TRUCK NORTH AMERICA, GB MANUFACTURING | \* | SECTION "J" |
| COMPANY AND TIRE CENTERS, INC. | \* | MAGISTRATE (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

        Deposition of **KURT JOHN WITMEYER**, taken on Wednesday, September 30, 2009, in the offices of LEGER & SHAW, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana 70130.

APPEARANCES:

    **Representing the Plaintiff:**

        Mr. Walter J. Leger, III
        LEGER & SHAW
        Attorneys at Law
        600 Carondelet Street, 9th Floor
        New Orleans, Louisiana 70130

    **Representing the Defendant, GB Manufacturing Company:**

        Mr. Ronald J. Fiorenza
        PROVOSTY, SADLER, deLAUNAY, FIORENZA & SOBEL
        Attorneys at Law
        934 Third Street, 8th Floor
        Alexandria, Louisiana 71301

EXHIBIT A



GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

```
 1   accident?
 2        A.   I don't remember.
 3        Q.   Okay.  Now, you testified previously,
 4   if I recall correctly and I don't remember the
 5   specifics, but you said something about going
 6   over a railroad track?
 7        A.   Uh-huh.
 8        Q.   Where is the railroad track in
 9   relation to Tire Centers that you were talking
10   about?
11        A.   Well, I think there's a number of
12   older crossings.  There's one, I want to call
13   it a severe crossing that's probably about 30,
14   40 yards down from their place.  It's one of
15   those ones to where even in your personal
16   vehicle you just -- I call it a teeth grinder.
17   It just really is kind of rough.
18        Q.   Is this, as far as you know, on the
19   Tire Centers' property?
20        A.   I don't know if it is.  It's right
21   there by their driveway.
22        Q.   But you don't know if it's actually --
23        A.   I don't.
24        Q.   And maybe it would help me so we're
25   all on the same page is -- 'cause I'd kind of
```

```
 1   like to see how you recall the layout of the
 2   Tire Centers, the parking lot, the facility,
 3   and what you did to get to where this accident
 4   occurred.
 5        A.   Okay.
 6        Q.   If you could draw us a, what we call
 7   bird's-eye view, like we're looking down.  Why
 8   don't you first draw -- I'm going to go
 9   through what I ask you to draw so we have
10   enough room.  But where I'm going to ask you
11   to start is the actual facility where they do
12   the work.  And I assume it looks like a Jiffy
13   Lube or something like that, a garage?
14        A.   I think it's -- it has either three or
15   four garage doors like that and maybe like an
16   office with a door right here.
17        Q.   Is this the front of it?
18        A.   This would be Sam's Avenue.
19   MR. FIORENZA:
20             Move those photos from underneath
21   there, please.
22   THE WITNESS:
23             I'm sorry.
24   BY MR. BORNE:
25        Q.   It looks like you've drawn it right up
```

1  A.   One of these three doors.  I'm sure it
2  wasn't the last one 'cause that's usually
3  pretty cluttered and normally the workers
4  performed in the -- one of these first two
5  doors.
6  Q.   And were any of these doors open?
7  A.   No.  Nobody was there.  It was closed.
8  Q.   Okay.  How far -- how close did you
9  park to the front of -- to the door?
10  A.   I don't have a specific recollection.
11  It would have been no sense to put the bumper
12  up against the door itself.  So I'm sure it
13  just would have been a routine distance,
14  couple of feet, maybe.
15  Q.   Understood.  How fast were you driving
16  when you -- from the point you entered the
17  parking lot to the point you came to a stop?
18  A.   I think I got to be four or five miles
19  an hour, if that fast.  You know, from that
20  first gear coming to a complete stop, it's in
21  gravel, it's loose.  It's not something where
22  you go turn into.
23  Q.   So you would say five miles per hour
24  at the most?
25  A.   I don't think you could even do that

1  fast. It's kind of craters and rocks and
2  aggregate. When it's wet, it's puddles. It's
3  not something where you'd go flying into like
4  a grocery store or that type of thing.
5      Q.   Because?
6      A.   Because it's not paved, you know, it's
7  just kind of a common sense thing.
8      Q.   It's not unusual for parking lots like
9  this to -- for you to go at a slow rate of
10 speed?
11     A.   I think that's probably fair, sure.
12     Q.   And I think you said it was not
13 raining at the time?
14     A.   I don't remember. I just don't
15 remember laying in the water. That's the only
16 reason I say that.
17     Q.   You don't remember whether or not
18 there were any puddles in the parking lot?
19     A.   Not on that day, I don't remember
20 that. That was my sense, it was a -- know
21 rain wasn't a factor.
22     Q.   Tell me -- describe from the point you
23 entered the parking lot to the point you came
24 to the stop, what happened. You drove in, you
25 just went up to the door?

1  ironic -- I shouldn't say ironic, but puzzling
2  to me that TCI, which I know is a huge firm,
3  would be in kind of such a rough building,
4  just to be fair.
5     Q.   Rough building?
6     A.   Yeah, just didn't look like their kind
7  of facility.  It was strange.
8     Q.   You don't have any knowledge that that
9  parking lot, the condition of that parking lot
10 caused the accident?
11    A.   I have no idea.
12    Q.   Okay.
13    A.   I suspect, but I have no idea.
14    Q.   And you, because of the condition of
15 the parking lot, drove in at a very slow rate
16 of speed that day?
17    A.   When you drive a big truck in gravel,
18 you have to have additional awareness.
19    Q.   Okay.
20    A.   Doesn't stop like your car.
21    Q.   I guess we have to sign this document,
22 and for what it's worth, attach it.  I don't
23 remember what number we're up to, Number 9,
24 maybe?
25    A.   What do you want me to do?