# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KURT WITMEYER | * | CIVIL ACTION NO. 08-5239 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| VOLVO TRUCK NORTH AMERICA | * | MAGISTRATE (5) |
| GB MANUFACTURING COMPANY AND | * | |
| TIRE CENTERS, INC. | * | |

*****************************************************

### RESPONSE TO REQUEST FOR PRODUCTION PROPOUNDED TO PLAINTIFF, KURT WITMEYER, BY DEFENDANT, TIRE CENTERS, INC.

NOW INTO COURT, through undersigned counsel, comes plaintiff, KURT WITMEYER, who hereby provides the following response to request for production propounded by defendant, TIRE CENTERS, INC., pursuant to Rule 34 of the Federal Rules of Civil Procedure:

**REQUEST FOR PRODUCTION NO. 1:**

Fully executed employment authorization forms attached hereto.

**RESPONSE:**

There were no employment authorization forms attached by Defendant.

**REQUEST FOR PRODUCTION NO. 2:**

Fully executed Social Security Earnings forms attached hereto.



**RESPONSE:**

There were no Social Security Earnings forms attached by Defendant.

**REQUEST FOR PRODUCTION NO. 3:**

Copies of all federal and state income tax returns, including all schedules and attachments filed for or by you for the previous five (5) years. If not available, please complete, sign and produce the attached authorizations.

**RESPONSE:**

There were no copies of federal and state income tax return authorization forms attached.

Plaintiff has no copies of federal and state income tax returns in his possession at this time. Please see copies of his W-2 Wage and Tax Statement for the years 2006, 2007 and 2008 which are attached.

**REQUEST FOR PRODUCTION NO. 4:**

Fully executed medical authorization forms, attached hereto, directed to all health care providers and pharmacies listed in your answers to Interrogatory Nos. 6, 10, 11, 13 and 14.

**RESPONSE:**

There were no medical authorization forms attached by Defendant.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all bills from any health care provider of any nature, resulting from evaluation or treatment of you for injuries allegedly sustained in this accident.

**RESPONSE:**

Please see attached records from Orthopedic and Sports Therapy, East Jefferson After Hours, and Dr. Melvin L. Parnell, Jr. Please see copies of Reimbursable Expense Reports, reimbursement checks from Crescent Ford Trucks, Co-pay receipts from medical providers, and Statement of Transactions from Melvin Parnell, Jr., A.P.M.C that are in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all bills or receipts for drugs, medical apparatus, rehabilitation treatment, or other medically related expenses which relate to injuries allegedly sustained by you in this accident.

**RESPONSE:**

Please see Response to RFP No. 5.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all accident, injury, investigative and/or police reports in your possession concerning the accident referred to in your pleadings and subsequent investigation of this matter.

**RESPONSE:**

Please see copy of Employer Report Of Injury/Illness which is attached.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all statements, whether written, oral, or by other means, which were taken and which relate in any way to this lawsuit.

**RESPONSE:**

Plaintiff objects to RFP No. 8 in that same infringes upon the attorney work product and/or

work taken in anticipation of litigation. Subject to objection, no statements have been taken/made by Plaintiff at this time.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all photographs, still or moving, which relate in any way to the accident giving rise to this lawsuit.

**RESPONSE:**

Please see copy of photographs in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all documents which support your allegations of negligence on the part of TIRE CENTERS, LLC in this lawsuit as stated in your pleadings.

**RESPONSE:**

Please see copy of photographs in Plaintiff's possession.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all records which you may have to prove any element of damage asserted in your pleadings.

**RESPONSE:**

All documents have not been gathered yet in this case. See Response to RFP Nos. 3 and 5.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all reports or other documentation from any expert whom you have contacted with regard to any aspect of this lawsuit.

**RESPONSE:**

Plaintiffs have not determined which experts will or may be called at the trial of this matter. Accordingly, until such time as a designation has been made as to testifying experts, any information requested in this interrogatory is confidential and protected under the attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all items or documents which you intend to introduce into evidence or use as an exhibit at the trial of this matter.

**RESPONSE:**

Plaintiffs have not determined which items or documents will or may be used at the trial of this matter, but will provide defendant(s) with a listing of such items or documents in accordance with the local rules of court.

Respectfully Submitted:

**LEGER & SHAW**

BY: _____

WALTER J. LEGER, JR. Bar. No. 28656
WALTER J. LEGER III Bar No. 8278
FRANKLIN G. SHAW Bar No. 1594
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

Attorneys for Plaintiff,
**Kurt Witmeyer**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by e-mail, facsimile, over night mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this, _____ day of May, 2009.

_____
WALTER J. LEGER, JR.



