# Inspection
## of the
## Step and Battery Cover
## Used to Enter the Door on the Driver's Side
## of a
## 2008 Volvo Model VNL64T Truck Tractor

MMT Project #2311

Kurt Witmeyer v. Volvo Trucks North America, et al

Report Date:

November 2, 2009

Prepared for:

Walter Leger III

Leger & Shaw
Ninth Floor
600 Carondelet St
New Orleans, LA 70130

Prepared by:

Thomas C. Shelton, Ph.D., P.E
President

Metallurgical & Materials
Technologies, Inc.
P. O. Box 77110
Baton Rouge, LA 70879-7110



Registration No. 21193
Date: November 2, 2009

EXHIBIT
C

Leger & Shaw / Walter Leger III
MMT Project #2311
October 31, 2009

## Introduction

On October 31, 2007, Mr. Witmeyer drove a 2008 VNL64T Volvo truck tractor to Tire Centers Inc. in Harahan, Louisiana. As he was exiting the cab of the truck, he suddenly fell to the ground and was injured. After the accident, the battery cover to which the top step on the driver's side of the truck is attached was found on the ground beside the truck.

Metallurgical & Materials Technologies, Inc. (MMT) was retained by attorney Walter J. Leger, III with the law firm of Leger and Shaw on October 5, 2009. Mr. Leger retained MMT for the purpose of assisting him with his investigation into the matter Kurt Witmeyer v. Volvo Trucks North America, et al.

On October 31, 2009, Thomas C. Shelton, Ph.D., P.E. with MMT met with Mr. Leger at Vanguard in Houma, Louisiana to inspect the truck and the involved step and battery cover.

**Analysis**

The analysis of the truck involved a walk around examination of the vehicle and visual examination of the steps, battery cover and associated equipment that were involved in Mr. Witmeyer's accident. In addition, the basic dimensions of the steps and battery compartment were determined and the condition and appearance of the steps and battery compartment were photographically documented.

**Documents –**

1. Client Documents:

    - Summary of Events
    - Contact information for all parties
    - Invoices for the Truck
    - Volvo Trucks NA Information
    - Tire Centers Inc. Information
    - GB Manufacturing Co. Information
    - Xerox copies of Photos of Volvo truck and step/batter box assembly

Leger & Shaw / Walter Leger III
MMT Project #2311
October 31, 2009

- Expense reimbursement forms, receipts and checks for out of pocket and co-pay expense and copies of checks for reimbursement

2. Xerox copies of Photographs of TCI Facility at 1235 Sams Avenue

3. Deposition of Mr. Kurt Witmeyer, taken on July 30, 2009

4. Plaintiff's Petition for Damages

5. GB Manufacturing Company's Answers to Petition for Damages includes: copy (excerpt) of Louisiana Statutes cited under Paragraph 6, enumerations 1, 2, 3, of the petition

**Professional Qualifications –**

- Resume (see Appendix A)
- Prior Trial and Deposition Testimony (see Appendix B)
- MMT Brochure (see Appendix C)
- MMT Fee Schedule (see Appendix D)

**Discussion and Opinions**

1. Identifying markings on the Volvo truck tractor inspected on October 31, 2009 included the vehicle identification number (VIN) 4V4NC9EH48N489635.

2. The top step at the driver's door is attached to the top outboard side of the cover for the battery compartment. The step is approximately 5" wide by 36" long. The top of the top step is approximately 36-3/4" above the ground and the floor of the driver's compartment is approximately 50-1/2" above the ground. The outboard edge of the step extends out approximately 2-1/2" from the outboard edge of the driver's side of the cab, with the door open.

3. The battery compartment is a rectangular parallelepiped (box) with the long axis parallel to the side of the truck and the shortest axis

2

Leger & Shaw / Walter Leger III
MMT Project #2311
October 31, 2009

perpendicular to the ground. The battery cover is wedge shaped. The two sides of the wedge are at right angles to each other from the outboard edge and top of the battery cover. The battery cover is attached to the truck by two brackets at the top of the inboard side of the battery tray and two (2) rubber tee handles at the bottom outboard edge of the battery tray. The bottom outboard edge of the battery tray is bent up and fits into a slot on the bottom outboard edge of the battery cover. The front and back edges of the battery cover are supported by the edges of the battery tray.

4. The top inboard edge of the battery compartment fits underneath the brackets on the top inboard edge of the battery tray, and the lip on the bottom outboard edge of the battery tray fits into the groove on the bottom outboard edge of the cover. The two rubber tee handles on the bottom outboard edge of the battery tray fit into slots on the bottom outboard edge of the cover. The tee handles are under tension when installed in the groove in the cover and hold the bottom outboard edge of the battery cover in place. The brackets on the top inboard edge of the battery tray prevent the top of the battery tray from rocking up and away from the truck.

5. When the battery cover is properly installed, the cover is securely attached to the truck and can support the vertical and lateral loads applied to the top step associated with entering and exiting the cab.

6. If the bottom outboard edge of the battery is not inserted into the groove in the battery cover, then the top inboard edge of the battery cover can migrate out from underneath the brackets on the top inboard edge of the battery tray. If the battery cover moves far enough outboard, then the battery cover will not support lateral loads applied to the top step in the outboard direction.

7. The appearance of the battery cover, when properly installed on the battery tray, is similar to the appearance of the cover when the bottom

3

Leger & Shaw / Walter Leger III
MMT Project #2311
October 31, 2009

outboard lip on the battery tray is not properly installed in the groove on the bottom outboard edge of the battery cover. Thus, if there is only a slight misalignment of the cover relative to the battery tray, it is difficult to tell during a visual inspection if the battery cover is properly installed.

8. Within a reasonable degree of engineering certainty, Mr. Witmeyer's accident occurred because the bottom outboard edge of the battery tray was not properly seated in the groove in the bottom outboard edge of the battery cove; thus, the battery cover moved out and away from the side of the truck and at least partially out from under the brackets on the top inboard side of the battery tray as the truck was driven to Tire Centers, Inc. When Mr. Witmeyer stepped out of the cab, the battery cover slid out and away from the truck.

9. In my opinion, the battery cover is not defective in design to the extent that if it is properly installed it is securely attached to the battery tray. However, the design of the battery cover and/or battery tray does not include a feature that will ensure that the cover is properly installed and/or a feature that will warn the driver of the truck that the bottom outboard lip on the battery tray is not properly inserted into the groove in the battery cover if he performs only a visual inspection.

**Bases for Opinions**

The results, conclusions and opinions expressed above are based on my experience, training, education and the results of the inspection of the involved truck. The results of the inspection are included in the photographs within my files and are a part of this report as if they were included here in. I reserve the right to add to or modify the opinions as additional information becomes available.