

JUDGE
ROSS P. LaDART

(101) Citation: ISS PET FOR DAMAGES.

081124-3549-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KURT WITMEYER
versus
VOLVO TRUCKS NORTH AMERICA, GB
MANUFACTURING COMPANY, TIRE CENTERS INC

Case: 666-218   Div: "O"
P 1 KURT WITMEYER

To: VOLVO TRUCKS NORTH AMERICA
7900 NATIONAL SERVICE ROAD
GREENSBORO, NORTH CAROLINA 27402

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney WALTER J. LEGER III and was issued by the Clerk Of Court on the 24th day of November, 2008.

*Masie Comeaux*

Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISS PET FOR DAMAGES;

081124-3549-3

## SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____

TWENTY- FOURTH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

JUDGE
ROSS P. LaDART

CASE NO.: 666 · 218

DIVISION "O"

CODED

FILED FOR RECORD
PARISH OF JEFFERSON, LA
06 OCT 31 PM 2:05
DEPUTY CLERK

KURT WITMEYER

V.

VOLVO TRUCKS NORTH AMERICA, GB MANUFACTURING COMPANY, AND TIRE CENTERS INC.

## PETITION FOR DAMAGES

The Petition for Damages of plaintiff, Kurt Witmeyer, a person of the full age of majority residing in the Parish of Jefferson, the State of Louisiana, against defendants, Volvo Trucks North America, GB Manufacturing Company, and Tire Centers Inc., respectfully alleges upon information of belief as follows:

1.

This action arises under the provisions of the Louisiana Product Liability Act, La. R.S. 9:2800.51 *et seq*. Made defendants herein are:

    a.    Volvo Trucks North America, a foreign corporation domiciled in North Carolina, with an address of 7900 National Service Road, Greensboro, North Carolina, 27402;

    b.    GB Manufacturing Company, a foreign corporation domiciled in Ohio, with an address of 1120 E. Main Street, Delta, Ohio 43515; and

    c.    Tire Centers Inc., a foreign corporation domiciled in South Carolina, with an address of 3360 Business Circle N, Charleston, South Carolina, 29418.

2.

At all pertinent times herein, plaintiff was employed as a truck salesman with Crescent Trucks in Jefferson Parish, State of Louisiana.

3.

On or about October 31, 2007, plaintiff, Kurt Witmeyer, in the course of finalizing a sale, contacted Tire Centers Inc. (TCI) to replace new tires on a new Volvo highway tractor with a different tire/wheel combination. Plaintiff, Kurt Witmeyer, was directed to defendant TCI's commercial location in Harahan, Louisiana where, after contacting the branch manager, he was instructed to bring the new Volvo truck there.

IMAGED NOV - 3 2008

IMAGED NOV 0 5 2008

4.

As plaintiff, Kurt Witmeyer, exited the cab, which is approximately four feet off the ground, the steps apparently collapsed. Plaintiff, unaware of what had happened, lay dazed on the unpaved parking lot where someone found him. The step and the step case lay detached from the truck nearby.

5.

As a result of his fall from the collapsed steps of the new Volvo highway tractor, Plaintiff, Kurt Witmeyer, experienced severe pain in his left shoulder.

6.

The above incident was caused by the steps of the new Volvo highway tractor collapsing and/or the defective condition and/or design and/or construction and composition of the cab steps on the Volvo highway tractor, for which defendants, Volvo Trucks North America or GB Manufacturing Company are liable pursuant to the provisions of the Louisiana Product Liability Act, La. R.S. 9:2800.51 *et seq* in the following non-exclusive particulars:

1. The product in question was unreasonably dangerous because of an inadequate warning pursuant to La. R.S. 9:2800.57;

2. The product in question was unreasonably dangerous in design pursuant to La. R.S. 9:2800.56;

3. The product in question was unreasonably dangerous in construction or composition pursuant to La. R.S. 9:2800.55.

7.

Additionally, the parking lot where the incident occurred, was at all pertinent times under the care, custody, and control of Tire Centers, Inc. and was unreasonably dangerous, to the extent that the poor driving surface and pot-hole filled condition may have caused the steps to be disengaged and eventually to collapse under the ordinary pressure of plaintiff's body weight while he exited the truck cab..

8.

The above incident caused severe injury the shoulder of plaintiff resulting in the necessity of medical attention and surgery. Plaintiff is entitled to recover damages for the pain and suffering, past and future medical costs, past and future loss of wages, and any and all other

IMAGED NOV - 3 2008

666218

damages available to plaintiff under the circumstances. Defendants are liable herein, *in solido*, in such sums as may be deemed reasonable in the premises.

9.

**WHEREFORE,** plaintiff, Kurt Witmeyer prays that defendants, Volvo Trucks North America, GB Manufacturing Company, and Tire Centers, Inc. be cited to appear and answer, all and singular, the matters aforesaid, and after due proceedings are had that there be judgment herein and in favor of plaintiff and against defendants, *in solido*, for damages in favor plaintiff as set forth above in such sums that may be deemed reasonable in the premises, costs, interest from date of judicial demand and for all other relief as may be just and equitable in the premises.

Respectfully submitted,

Walter J. Leger, Jr., Bar No. 8278
Walter J. Leger, III, Bar No. 28656
Franklin G. Shaw, Bar No. 1594
LEGER & SHAW
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Ph: 504.588.9043
Fx: 504.588.9980

PLEASE WITHHOLD SERVICE

IMAGED NOV - 3 2008                          666218

KURT JOHN WITMEYER    9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

8

1    Q.    How long have you been married?

2    A.    About seven years.

3    Q.    Seven years.  Does anyone live with

4  you in your home besides you and your wife?

5    A.    No.  No, sir.

6    Q.    Do you have any children?

7    A.    No, sir, I don't.

8    Q.    Okay.  Does she have any children that

9  live in the area?

10   A.    Not in the area, no, sir.

11   Q.    Okay.  And is this your first or

12 second marriage?

13   A.    Third.

14   Q.    Third marriage?  By whom are you

15 currently employed?

16   A.    Crescent Ford Truck Sales,

17 Incorporated, is the corporate name.

18   Q.    And in what capacity?

19   A.    I'm the commercial sales manager.

20   Q.    And how long have you held that

21 position?

22   A.    November 2005.

23   Q.    How long have you been in that type of

24 position where you're sales manager for

25 various employers?



KURT JOHN WITMEYER   9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

28

1    A.    Yes, sir.

2    Q.    Are the responses true and correct?

3    A.    Yes, sir.

4    MR. FIORENZA:

5              I'm going to attach this as the

6    next exhibit, Number 5.

7              (Whereupon, the document referred

8    to was marked for identification as Exhibit

9    No. 5.)

10   BY MR. FIORENZA:

11   Q.    The question that was asked is:

12   Please identify the part or component of the

13   Volvo truck which you claim failed.

14         And your response was:  The battery

15   box/step for the driver side entry failed.  Is

16   that correct?

17   A.    Yes, sir.

18   Q.    Can you describe for me the manner in

19   which the step failed?

20   A.    I drove -- after contacting Tire

21   Centers, Incorporated, I was instructed to

22   bring the vehicle to their location on Sam's

23   Avenue.  I climbed into the truck and drove it

24   to that location.  Turned the vehicle off,

25   opened the door, and the next thing I know, I

KURT JOHN WITMEYER    9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

29

1   was laying on the ground, someone was looking

2   over me asking if I was all right.  I don't

3   know what failed or how it failed, but the

4   battery box cover and the step was no longer

5   attached to the vehicle.

6      Q.   All right.  Was this the first

7   occasion that you had to drive this particular

8   tractor?

9      A.   I'm not sure.

10      Q.   You could have driven it on prior

11   occasions?

12      A.   It could have been -- I could have

13   moved it on the yard.  I don't have any

14   recollection of moving it or not moving it.

15      Q.   At the time of your accident, had this

16   tractor been serviced by Crescent?

17      A.   Not that I'm aware of, but it could

18   have been.

19      Q.   Can you tell me what the procedure is

20   when you get new units, new tractors, on the

21   lot as to what point in time the service

22   department checks it over?

23      A.   Historically at Crescent, vehicles are

24   not inspected until they are sold and then a

25   predelivery inspection -- in the industry it's

32

1    A.   I think that's fair.

2    Q.   Does anybody other than Crescent work

3  on these new units, these new Volvo units,

4  that arrive at Crescent?

5    A.   Not that I'm aware of.

6    Q.   Now, you indicated that -- let me back

7  up in your description.

8         Where were you before you were -- went

9  to the Tire Centers; were you at the -- what

10 facility were you at?

11   A.   I was at 6121 Jefferson Highway, the

12 dealership.

13   Q.   That's the Crescent dealership?

14   A.   Yes, sir.

15   Q.   And you got in the accident tractor by

16 yourself?

17   A.   Yes, sir.

18   Q.   Did you have any problems with either

19 of the steps in mounting the vehicle?

20   A.   Climbed right up.

21   Q.   Okay.  How far did you drive to this

22 destination, the Tire Center?  How far is it?

23   A.   I'm going to estimate two-and-a-half

24 miles, maybe three.

25   Q.   Can you give me the route that you

39

1    Q.   Describe for me how you exited the

2  cab.  Did you exit with your face going out

3  the door first or the back of you going out of

4  the cab?

5    A.   I don't have a specific recollection

6  of how I would have exited, but it would just

7  be common to open the door and step on the

8  step, on the top step.  That would have been

9  -- happened many times before.

10   Q.   When you say step on it, would your

11 head have been looking inside the cab or would

12 it have been looking out of the cab as you

13 stepped out?

14   A.   I don't have a specific recollection,

15 but -- of that particular incident, but --

16   Q.   Well, how do you normally exit the

17 cab?

18   A.   Well, you have to turn to the left to

19 get out as you would as you exit your vehicle.

20 You have to face that way and then you would

21 turn and climb downward.

22   Q.   When you say you climbed downward,

23 would your face be towards the cab of the

24 truck or would your face be away from the cab

25 of the truck as you're climbing down or

77

1  without aerodynamic devices.  I think it's

2  standard equipment.

3      Q.   And you've never yourself done a

4  pretrip inspection on one of these vehicles?

5      A.   I haven't done a pretrip inspection,

6  no, sir.

7      Q.   Yourself?

8      A.   No, sir.

9      Q.   Are you fairly familiar, being a

10 person who has sold many a thousand Volvos,

11 with the owner's manuals for these vehicles?

12     A.   I don't have any -- I don't have any

13 awareness of checking the battery box from the

14 owner's manual, no.

15     Q.   That wasn't in my question.

16          Are you generally familiar with

17 owner's manuals for these vehicles as a

18 general sales manager who has sold thousands

19 of them?

20     A.   I generally refer the customer to the

21 owner's manual for questions.

22     Q.   Have you ever read, yourself, read an

23 owner's manual?

24     A.   No, sir.

25     Q.   Any Volvo owner's manual?

KURT JOHN WITMEYER    9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

78

1     A.    Maybe just to look up a specific

2  question that I may have had at the time.

3     Q.    Have you read the part of the owner's

4  manual that talks about how to get into and

5  out of the cab?

6     A.    I don't remember reading that.

7     Q.    Okay.  Does every Volvo that goes out

8  have an owner's manual that goes with it to

9  Crescent's customer?

10    A.    It usually does, yes.

11    Q.    But you've never actually read one

12 cover to cover --

13    A.    Never had --

14    Q.    -- to get familiar with it?

15    A.    Never had a need to.

16    Q.    Okay.  Tell me in your own words what

17 is the correct and safe way to climb out of

18 the cab of the Volvo tractor in question in

19 this case and go down to the ground.  Tell me

20 step by step what is the correct and safe way

21 to do it.

22    A.    The correct and safe way can be

23 interpreted a number of ways, but --

24    Q.    Just your understanding.

25    A.    My understanding is that you step out

81

1    A.   I don't -- I can't picture it.  I

2  can't picture the sequence for that.  One

3  handle is a little bit lower, one is a little

4  bit higher.  You could also use the handle at

5  the door frame and the window itself.

6    Q.   You climbed in and out of these Volvo

7  cab's many, many times?

8    A.   Yes, sir.

9    Q.   Tell me how you normally climb out of

10  it when you make this turn so that you're

11  facing inside the cab as you go down the

12  steps, correct?

13    A.   Uh-huh.

14    Q.   Tell me when in that sequence you put

15  your hands on the handles.

16    A.   When I go down to the second step, I

17  grab -- as I turn, I go down to the second

18  step and then put my hands on the inside

19  handle as it's described for.  That's how it's

20  fixed.

21    Q.   You never --

22    A.   It's about shoulder height.  I'm

23  sorry.

24    Q.   Go on, please continue.

25    A.   It appears to be designed to be about

KURT JOHN WITMEYER   9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

90

1    Q.    When you went and picked it up, did

2  you look at the battery box cover just out of

3  curiosity?

4    A.    I only remember the comedy of errors

5  with the garage door.

6    Q.    You have no recollection of actually

7  looking at the battery box cover when you went

8  to pick it up?

9    A.    I don't remember.

10    Q.    Was there a battery box cover on the

11  battery box when you picked it up from Tire

12  Center, if you know?

13    A.    I know that an employee with TCI

14  climbed up and backed it out of the stall is

15  the best way I can remember it.

16    Q.    And then what happened, you climbed in

17  it?

18    A.    I climbed in it and left.

19    Q.    And you drove it back to Crescent

20  without any problems?

21    A.    I drove it back to Crescent without

22  any problems.

23    Q.    When you got back to Crescent, you

24  climbed out of it without any problem?

25    A.    Yes, sir.

Case 2:08-cv-05239-CJB-ALC   Document 59-5   Filed 11/25/09   Page 14 of 64

KURT JOHN WITMEYER   9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

105

1  their vacuum work, they're off roads, if

2  they're off of any paved roads?

3     A.   I don't know that.

4     Q.   Have you ever been to one of their job

5  sites?

6     A.   No, sir.

7     Q.   Are you familiar with any of the

8  warnings in the owner's manual that went with

9  this truck, any at all?

10    A.   Nothing specific.

11    Q.   You don't know whether it includes

12 instructions, warnings about climbing in and

13 out of the cab?

14    A.   I wouldn't be surprised if it did,

15 sure.

16    Q.   Do you know whether it includes a

17 specific warning about the battery box cover?

18    A.   I don't know that, no, sir.

19    Q.   You've never looked at that document

20 yourself, the owner's manual that went with

21 this vehicle?

22    A.   It's like an owner's manual on my

23 television, almost too much information.

24    Q.   Okay.

25    MR. SHUSHAN:

KURT JOHN WITMEYER    9/30/2009
KURT WHITMEYER vs. VOLVO TRUCK NORTH AMERICA
Reported by: CINDI CAMERON, CCR

151

1   there's any kind of fabrication molding,

2   injection molding, it must be an inset.

3       Q.   Inset, notch, whatever you want to

4   call it.

5       MR. LEGER:

6               Just for clarification on the

7   record, what you're labeling as the T handle

8   we've previously labeled on another exhibit as

9   a finger hold; is that accurate?

10      THE WITNESS:

11              A finger hold is the practical

12  application to hold the rubber band.

13  BY MR. SHUSHAN:

14      Q.   I believe your earlier testimony was

15  you do not recall a specific occasion when you

16  opened this design of battery box cover?

17      A.   I don't remember opening it up unless

18  somebody wanted to see the inside, and if that

19  truck started, there wouldn't be any reason

20  for me to look inside of it.

21      Q.   Okay.

22      A.   It's kind of apparent, obvious to the

23  customer that he has access.

24      Q.   Yeah.  The T handle is not an inset or

25  a notch, correct; the notch is in the battery

07/22/2009 WED 21:33  FAX 504 818 2553 Crescent Ford Truck                     @002/008

MAIL TO:
WORKERS' COMPENSATION INSURER
LOUISIANA AUTOMOBILE DEALERS ASSOCIATION SELF-INSURERS' TRUST FUND
C/O RISK MANAGEMENT SERVICES, LLC
PO BOX 98049; BATON ROUGE LA 70898-9049
(225) 389-9944

439 . 88 . 7263
Employee Social Security Number
102291
Employer UI Account Number
72-0752513
Employer Federal ID Number

**EMPLOYER REPORT**
**OF**
**INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational,
copy is to be provided to the employee and the insurer immediately.

PURPOSE OF REPORT: (Check all that apply)
- ☐ More than 7 days of disability
- ☐ Injury resulted in death
- ☐ Amputation or disfigurement
- ☐ Possible dispute
- ☐ Lump Sum Compromise/Settlement
- ☐ Other
- ☒ Medical only
  ( DO NOT mail copy to OWCA )

| 1. Date of Report MM/DD/YY | 2. Date / Time of Injury MM/DD/YY  Time | 3. Normal Starting Time Day of Accident | 4. If Back to Work – Give date: MM/DD/YY | 5. At same wage? | | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|---|
| 10/31/07 | 10/31/07  ☐AM ☐PM | 8:00  ☒AM ☐PM | same | ☐Yes ☐No | | |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury MM/DD/YY  10/31/07 | 8. Date Disability began: MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | | Date Received |

| 10. Employee Name: First | Middle | Last | 11. ☒ Male ☐ Female | 12. Employee Phone # | Naics: |
|---|---|---|---|---|---|
| kurt | J. | Witmeyer | | (504) 818-1818 | |

| 13. Address and Zip Code  139 Imperial Woods, Harahan, LA 70123 | 14. Parish of Injury  Jefferson | State-Parish  LA- Jefferson |
|---|---|---|

| 15. Date of Hire  11/1/05 | 16. Date of Birth  12/12/52 | 17. Occupation:  Heavy truck sales | 18. Dept/Division Employed  Sales | Occupation  Salesman |
|---|---|---|---|---|

| 19. Place of Injury-Employer's Premises ? ☐ Yes ☒ No | 20. If No, Indicate Location-Street, City, Parish and Zip  TCI  1235 Sams Ave., Harahan, LA 70123 | Nature  Tire Center |
|---|---|---|

21. What work activity was the employee doing when the incident occurred? (Give weight, size and shape of materials or
equipment involved.) Explain what employee was doing with them. Indicate if correct procedures were followed.

While stepping out of the cab of a heavy duty truck, employee
stepped on the battery box cover (which is made to be a step).
The battery box cover was loose and came off causing employee to
fall to the ground injuring his left shoulder

| Part of Body |
|---|
| Source |
| Event |
| NCCI |

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease. Explain what happened and how it happened. Name any objects or
substances involved and explain how they were involved. Give full details on all factors which led to or contributed to this injury or illness.)

Battery Box Cover

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures)  Left shoulder and neck, X-rays showed NO fractures | 24. If Occ. Disease-Give Date Diagnosed: |
|---|---|

| 25. Physician and Address  East Jefferson After Hours, 2215 Veterans Blvd, Metairie, LA 70002 | 26. If Hospitalized; give name & address of facility |
|---|---|

| 27. Employer's Name  Crescent Ford Truck Sales, Inc. | 28. Person Completing This Report – Please print  R. R. Gernon |
|---|---|

| 29. Employer's Address and Zip Code  6121 Jefferson Hwy c/o Riecke Gernon 0 Jefferson, LA 70123 | 30. Employer's Telephone Number  5048181818 |
|---|---|

| 31. Employer's Mailing Address-If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |
|---|---|

| 33. Wage Information (optional): | Employee was paid ☐ Daily ☐ Weekly ☐ Monthly ☐ Other | The average weekly wage was $_____ per week. |
|---|---|---|

Insurer Name: Louisiana Automobile Dealers Association Self-Insurers' Trust Fund
Phone:      225-389-9944
Address:    PO Box 98049
            Baton Rouge LA 70898-9049

Insurer's Administrator or Representative: Risk Management Services, LLC
Phone:                          225-389-9944 FAX: 225-389-11
Address:                        PO Box 98049
                                Baton Roug...

LDOL-WC-1007
REV. 8/06

**COMPLETE BOTH SIDES**



MAIL TO:
WORKERS' COMPENSATION INSURER

7263
Employee Social Security Number

Employer UI Account Number

72-0752513
Employer Federal ID Number

**EMPLOYER REPORT**
**OF**
**INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational.
A copy is to be provided to the employee and the insurer immediately.

**PURPOSE OF REPORT:**    (Check all that apply)

☐ More than 7 days of disability    ☐ Possible dispute    ☑ Medical only
☐ Injury resulted in death    ☐ Lump Sum Compromise/Settlement    **(no copy needed by OWCA)**
☐ Amputation or disfigurement    ☐ Other

| 1. Date of Report MM/DD/YY | 2. Date/ Time of Injury: MM/DD/YY | Time | 3. Normal Starting Time Day of Accident: | | 4. If back to Work Give date: MM/DD/YY | 5. At same wage? | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|---|---|
| 11/2/2007 | 10/31/2007 | ☑ AM ☐ PM | | ☑ AM ☑ PM | | ☑ Yes ☑ No | Date Received: |
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury: MM/DD/YY | | 8. Date Disability began: MM/DD/YY | | 9. Last Full Day Paid MM/DD/YY | | |
| | 10/31/2007 | | | | | | |
| 10. Employee Name:  First          Middle          Last | | | | 11. ☑ Male ☐ Female | 12. Employee Phone # | | Naics |
| Kurt        J        Witmeyer | | | | | (0 ) 0 - | | |
| 13. Address and Zip Code | | | | | 14. Parish of Injury | | State-Parish |
| 139 Imperial Woods Dr Harahan, LA 70213-4918 | | | | | | | |
| 15. Date of Hire: | 16. Age at Illness/Injury: | 17. Occupation: | | | 18. Dept/Division Employed: | | Occupation |
| 11/1/2005 | 54 | Heavy Truck Salesman | | | | | |
| 19. Place of Injury-Employer's Premises? | 20. If No, Indicate Location-Street, City, Parish and State | | | | | | Nature |
| ☐ Yes ☑ No | 1235 Sams Ave Harahan, LA  00070-1230 | | | | | | |
| 21. What work activity was the employee doing when the incident occurred? (Give weight, size and shape of materials or equipment involved. Tell what he was doing with them. Indicate if correct procedures were followed.) | | | | | | | Part of Body |
| Stepped out of heavy duty truck onto a battery box cover (a step). Battery box collapsed causing him to fall to ground. | | | | | | | |
| | | | | | | | Source |
| | | | | | | | Event |
| | | | | | | | NCCI |
| 22. What caused incident to happen? (Describe fully the events which resulted in injury or disease. Tell what happened and how it happened. Name any objects or substances involved and tell how they were involved. Give full details on all factors which led to or contributed to this injury or illness.) | | | | | | | |
| 02   -  SLIP, TRIP, OR FALL | | | | | | | |
| Stepped out of heavy duty truck onto a battery box cover (a step). Battery box collapsed causing him to fall to ground. | | | | | | | |
| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg: multiple fractures) | | | | | 24. If Occ Disease-Give Date Diagnosed: | | |
| 90   -  MULTIPLE BODY PARTS        10  -  CONTUSION | | | | | | | |
| 25. Physician and Address | | | | 26. If Hospitalized, give name & address of facility | | | |
| | | | | | | | |
| 27. Employer's Name | | | | 28. Person Completing This Report- Please Print | | | |
| Crescent Ford Truck Sales, Inc. | | | | | | | |
| 29. Employer's Address and Zip Code | | | | 30. Employer's Telephone Number | | | |
| c/o Riecke Gernon 6121 Jefferson Highway Jefferson, LA  70123-5120 | | | | (504) 818-1818 | | | |
| 31. Employer's Mailing Address- If Different From Above | | | | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. | | | |
| c/o Riecke Gernon 6121 Jefferson Highway Jefferson, LA  70123-5120 | | | | AUTO DEALER | | | |
| Wage Information (optional):  Employee was paid | ☐ Daily ☐ Weekly ☐ Monthly ☐ Other | | The average weekly wage was | | per week. | | |

| | |
|---|---|
| Insurer Name: LA AUTOMOBILE DEALERS ASSOC. SIF | Insurer's Administrator or Representative: Risk Management Services, LLC |
| Phone Number (225) 389-9944 | Phone Number (225) 389-9944 |
| Address: P.O. Box 98049 Baton Rouge, LA 70898-9049 | Address: P.O. Box 98049 Baton Rouge, LA 70898-9049 |

WC-1007
R. 8/06

**COMPLETE BOTH SIDES**

RMS REV 5/00

## EMPLOYER CERTIFICATE OF COMPLIANCE

You must submit this Certification to your workers' compensation insurer. Failure to submit this Certification as required may result in your being penalized by a fine of $500, payable to your insurer.

You must secure workers' compensation for your employees through insurance or by becoming an authorized self-insured. If you fail to provide security for workers' compensation, you must pay an additional 50% in weekly benefits to your injured workers.

If you willfully fail to provide security for workers' compensation, then you are subject to a fine of up to $10,000, imprisonment with or without hard labor for not more than 1 year, or both. If you have been previously fined and again fail to provide security for workers' compensation, then you are subject to additional penalties, including a court order to cease and desist from continuing further business operations.

You must not collect, demand, request, or accept any amount from any employee to pay or reimburse for the workers' compensation insurance premium. If you violate this provision, you may be punished with a fine of not more than $500, or imprisoned with or without hard labor or not more than one year, or both.

It is unlawful for you to willfully make, or to assist or counsel someone else to make, a false statement or representation in order to obtain or defeat workers' compensation benefits. If you violate this provision, you may be fined up to $10,000, imprisoned with or without hard labor for up to 10 years, or both depending on the amount of benefits unlawfully obtained or defeated. In addition to these criminal penalties, you may be assessed a civil penalty of up to $5,000.

## EMPLOYER CERTIFICATION

I certify that I can read the English language, that I have read this entire document and understand its contents and that I understand I am held responsible for this information. I certify my compliance with the Louisiana Workers' Compensation Act.

| R. R. GERNON | *(Signature)* | 11/7/07 |
|---|---|---|
| Preparer Name (PRINT) | Signature | Date |

| Crescent Ford Truck Sales, Inc. | c/o Riecke Gernon 6121 Jefferson Highway Jefferson, LA |
|---|---|
| Company Name | Company Address |

| (504) 818-1818 | 073000000202107 |
|---|---|
| Phone Number | Insurance Policy Number |

| Kurt J Witmeyer | ▬-7263 |
|---|---|
| Employee Name | Employee Social Security Number |

DOL-WC1025.ER
REV. 1/98

MAIL TO:
WORKERS' COMPENSATION INSURER
LOUISIANA AUTOMOBILE DEALERS ASSOCIATION SELF-INSURERS' TRUST FUND
C/O RISK MANAGEMENT SERVICES, LLC
PO BOX 98049; BATON ROUGE LA 70898-9049
(225) 389-9944

7263
Employee Social Security Number
102291
Employer UI Account Number
72-0752513
Employer Federal ID Number

**EMPLOYER REPORT
OF
INJURY/ILLNESS**

This report is completed by the Employer for each injury/illness identified by them or their employee as occupational. copy is to be provided to the employee and the insurer immediately.

PURPOSE OF REPORT: (Check all that apply)
☐ More than 7 days of disability      ☐ Possible dispute            ☒ Medical only
☐ Injury resulted in death            ☐ Lump Sum Compromise/Settlement   ( DO NOT mail copy to OWCA )
☐ Amputation or disfigurement         ☐ Other

| 1. Date of Report MM/DD/YY<br>10/31/07 | 2. Date / time of injury: MM/DD/YY<br>10/31/07<br>☐AM ☐PM Time | 3. Normal Starting Time Day of Accident<br>8:00 ☒AM ☐PM | 4. If Back to Work - Give date: MM/DD/YY<br>same | 5. At same wage?<br>☒Yes ☐ No | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|---|
| 6. If Fatal Injury, Give Date of Death: MM/DD/YY | 7. Date Employer Knew of Injury: MM/DD/YY<br>10/31/07 | 8. Date Disability began: MM/DD/YY | 9. Last Full Day Paid MM/DD/YY | | Date Received: |

| 10. Employee Name: First  Middle  Last<br>Kurt J. Witmeyer | 11. ☒ Male<br>☐ Female | 12. Employee Phone #<br>(504 818-1818 | Naics: |
|---|---|---|---|
| 13. Address and Zip Code<br>139 Imperial Woods, Harahan, LA 70123 | 14. Parish of Injury<br>Jefferson | State-Parish<br>LA- Jefferson |
| 15. Date of Hire:<br>11/1/05 | 16. Date of Birth:<br>12/12/52 | 17. Occupation:<br>Heavy truck sales | 18. Dept/Division Employed<br>Sales | Occupation<br>Salesman |
| 19. Place of Injury-Employer's Premises ? ☐ Yes ☒ No | 20. If No, Indicate Location-Street, City, Parish and State<br>TCI 1235 Sams Ave., Harahan, LA 70123 | Nature<br>Tire Center |

21. What work activity was the employee doing when the incident occurred? (Give weight, size and shape of materials or equipment involved.) Explain what employee was doing with them. Indicate if correct procedures were followed.

While stepping out of the cab of a heavy duty truck, employee
stepped on the battery box cover (which is made to be a step).
The battery box cover was loose and came off causing employee to
fall to the ground injuring his left shoulder

Part of Body

Source

Event

NCCI

22. What caused incident to happen? (Describe fully the events which resulted in injury or disease. Explain what happened and how it happened. Name any objects or substances involved and explain how they were involved. Give full details on all factors which led to or contributed to this injury or illness.)

Battery Box Cover

| 23. Part of Body Injured and Nature of Injury or Illness (ex. left leg; multiple fractures)<br>Left shoulder and neck, X-rays showed NO fractures | 24. If Occ. Disease-Give Date Diagnosed: |
|---|---|
| 25. Physician and Address<br>East Jefferson After Hours, 2215 Veterans Blvd.<br>Metairie, LA 70002 | 26. If Hospitalized, give name & address of facility |
| 27. Employer's Name<br>Crescent Ford Truck Sales, Inc. | 28. Person Completing This Report - Please print<br>R. R. Gernon |
| 29. Employer's Address and Zip Code  6121 Jefferson Hwy<br>c/o Riecke Gernon 0 Jefferson, LA 70123 | 30. Employer's Telephone Number<br>5048181818 |
| 31. Employer's Mailing Address-If Different From Above | 32. Nature of Business-Type of Mfg., Trade, Construction, Service, etc. |

33. Wage Information (optional):     Employee was paid ☐ Daily ☐ Weekly ☐ Monthly ☐ Other     The average weekly wage was $_____ per week.

| Insurer Name: Louisiana Automobile Dealers Association Self-Insurers' Trust Fund | Insurer's Administrator or Representative: Risk Management Services, LLC |
|---|---|
| Phone:     225-389-9944 | Phone:     225-389-9944 FAX: 225-389-11 |
| Address:   PO Box 98049 | Address:   PO Box 98049 |
|           Baton Rouge LA 70898-9049 |           Baton Rouge LA 70898-9049 |

LDOL-WC-1007
REV. 8/06

**COMPLETE BOTH SIDES**

CFTS-Wit-0031

From:Vanguard Vacuum Trucks, Inc.     985 851 6998        02/20/2008 14:34    #303 P.001/002

02/20/2008 WED 14:05   FAX 504 818 2553   CRESCENT FORD TRUCK                    @001/002



# WARRANTY REGISTRATION FORM

| DATE OF ACKNOWLEDGEMENT: *11-30-07* | 17 DIGIT VEHICLE IDENTIFICATION NUMBER:   Or Attached Multiple Registration Addendum: *4V4NC9EH48N489635* |
|---|---|

| REGISTRATION TYPE:  ☒ First Owner Only  All other registration changes must be submitted on the eWarranty Registration Change Form (PV771-051) | VOCATION:  ☐ Line Haul or Long Haul Service  ☒ Pick-up & Delivery or Short Haul Service  ☐ Fire and Rescue Service  ☒ Off-Road, Heavy Haul or Mining  ☐ Refuse  ☐ Construction  ☐ Logging or Oil Field |

| OPERATION CLASS (Code):  ☒ Normal Duty (10)  ☐ Heavy Duty (20)  ☐ Severe Duty (30) | WARRANTY START DATE: *11-30-07* | | MILEAGE / KILOMETERS: *709* |
|---|---|---|---|
| DEMO IN DATE: | MILEAGE / KILOMETERS: | DEMO OUT DATE: | MILEAGE / KILOMETERS: |

**THIS WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS OR CONDITIONS, STATUTORY OR OTHERWISE, EXPRESSED OR IMPLIED INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.**

### LIMITATION OF REMEDIES

IN NO EVENT SHALL VOLVO TRUCKS NORTH AMERICA OR ITS DEALERS BE LIABLE FOR SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF INCOME, DOWNTIME EXPENSES AND ANY OTHER COMMERCIAL LOSSES. UNLESS EXPRESSLY PROVIDED OTHERWISE IN THIS WARRANTY. THE BUYER'S REMEDY IS LIMITED TO REPAIR OR REPLACEMENT OF THE PART OR COMPONENT WHICH IS DETERMINED DEFECTIVE IN NORMAL USE. THE TRUCK AND VOLVO ENGINE WARRANTY CERTIFICATES CONTAIN THE SOLE AND EXCLUSIVE WARRANTIES FOR VOLVO TRUCKS AND VOLVO ENGINES.

### OWNER ACKNOWLEDGEMENT

I hereby acknowledge I had previously received a copy of all applicable warranty certificates / purchased coverages for the vehicle herein described. I had an opportunity to read them, ask questions and agree to be bound by the terms. I acknowledge receipt of the vehicle and that Federal Motor Vehicle Safety Standard and US EPA emissions stickers are affixed to the vehicle. I understand and acknowledge that misleading information regarding the registered owner of the vehicle violates the terms of the Motor Vehicle Safety Act concerning recall and noncompliance notification requirements. I acknowledge that I have received a copy of the Operator's Manual(s) applicable to the model vehicle purchased. I consent to allow Volvo Trucks North America and/or its authorized dealers access to Logged Vehicle Data to assist in problem diagnosis/repair and product optimization.

Registered Owner/Lessee: *VANGUARD Vacuum Inc*     Signature: X *Christine Kennedy*

Lessor (if applicable): _____     Signature: _____

Address: *725 Hwy 182*     City: *Houma*

State: *LA*  Zip: *70364*  Country: ____     E-Mail: *VT@bellsouth.net*

Contact Name: *CHRISTINE*     Phone: *(985) 851-0998*

**BE SURE YOU READ AND UNDERSTAND THE "OWNER RESPONSIBILITIES" AND "CONSUMABLES" FOUND ON THE REVERSE SIDE OF THIS REGISTRATION.**

### DEALER DECLARATION

This vehicle has been inspected and serviced in accordance with Volvo Trucks North America's Pre-Delivery Inspection Procedures. The vehicle is fully registered under applicable Volvo Trucks North America warranty coverages as of delivery dates shown below.

Selling Dealer Code: *5716 D*     Servicing Dealer Code: *5716 D*

Sales Representative's Name: *Kurt Witmeyer*     Sales I.D. Number: *435-SP-736*

User ID (UT ID) of Person Preparing this Registration: *KW*

**THE SELLING DEALER ATTESTS THE ABOVE INFORMATION IS ACCURATE AND THAT THE CUSTOMER HAS PERSONALLY SIGNED THIS WARRANTY REGISTRATION.**

Signature of Authorized Dealer Representative: *Kurt*

PV771-050 (July 2007)

02/2_    TX/RX NO 6176]  @001

CFTS-Wit-310.

10/17/2009 SAT 8:32 FAX →→→ Lenny Levenson                                     @003/003

From: Vanguard Vacuum Trucks, Inc.        985 851 6998        02/20/2008 14:56      #303 P. 002/002

02/20/2008 WED 14:05   FAX 504 818 2553 CRESCENT FORD TRUCK                       @002/002

## OWNER RESPONSIBILITES

The owner is required to operate and maintain the Volvo truck as directed in the Volvo Operator's Manuals, Maintenance and Engine.

All maintenance and service should follow the guidelines for the specific vocation and application of the vehicle. These maintenance and service requirements must be followed to ensure coverage under Volvo.

Normal maintenance services including, but not limited to: replacement of oil filters, adjustments of the engine injection pump / transmission / brakes / linkages, as well as diagnosis, test time and all other adjustments are not covered by Volvo.

Normal maintenance and service includes, but is not limited to:

    All Fluids (Oil, Coolant, Hydraulic, etc.)
    All Filters (Oil, Coolant, Air, etc.)
    All Lubrication Points (Grease Fittings)
    Chassis Wash (Especially When Working in
    Aggressive Environments)

**Engine**
    Oil Quality and Oil Level Checks
    Filter Changes
    Coolant Checks
    Valve Adjustments
    Belt and Hose Checks
    Maintenance at Required Intervals

**Drivetrain (Transmission and Axles)**
    Oil Quality and Oil Level Checks
    Filter Changes (When Required)

**Chassis**
    Power Steering Reservoir and System Checks
    Air Tank Drain
    Air Dryers Function Check
    Brake Slack Adjusters and Cam Check
    Brake Linings Check
    Brake Valves Function Check
    Springs Check
    Spring Bushings Lubrication
    Wheel Bearing Play and Lubrication

**Cab**
    Paint Maintenance
    Visual inspection for, and repair of, any paint
    chips (especially in aggressive environments)

## CONSUMABLES

Parts which are normally consumed or worn out during the vehicle's usual service life and customarily replaced during usual maintenance service are not covered or have limited coverage. These parts include, but are not limited to, the following:

**NOT COVERED**
    Brake linings, clutch brake, clutch linings, mud flaps and brackets, glass, mirrored glass and tires. (Note: Tires are covered by the tire manufacturer.)

**COVERED FOR 30 DAYS**
    Fluorescent lights or ballast, light bulbs, fuses, wiper blades, and all filters (oil, fuel, air, etc.).

**COVERED FOR 90 DAYS**
    Loose fasteners, leaking fittings or hose clamps.

**COVERED FOR 12 MONTHS OR 100,000 MILES (161,000 KM) OR 3,250 OPERATING HOURS, WHICHEVER OCCURS FIRST**
    Cab suspension on models used in heavy duty applications, batteries, frame paint, sealed light assemblies, exhaust flex pipe, hose clamps, all rubber/nylon bushings or mounts, flexible hoses, all belts, shock absorbers (leakage only) and wheel seals and all grease lubricated points (tie rods, king-pins, u-joints, spring pins).

**See specific warranty or coverage certificate for complete guidelines and exclusions.**

I HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE.

X _____CK_____            _11-30-07_
       Initials                    Date

EACH COPY MUST BE INDIVIDUALLY INITIALED BY OWNER

FAX (504) 818-2553

02/20/2008 WED 15:19   [TX/RX NO 6161] @002



60083A

AUTO TRUCK TRANSPORT                    - 4833 COUGAR TRAIL RD DUBLIN VA 240840

| DELIVER TO:   504-818-1818<br>054333  571-6D<br>CRESCENT TRUCK SALES<br>6121 JEFFERSON HWY.<br>JEFFERSON        LA 70121 | PICK UP FROM:<br>000550<br>AUTO TRUCK TRANSPORT CORP<br>4833 COUGAR TRAIL RD<br>DUBLIN        VA 240840 | LOAD NUMBER<br>550 7070025<br><br>SHIP DATE<br>07/03/07 | TERM.<br>550<br><br>ETA<br>07/05/07 PM | S/O NUMBER<br>667464 |
|---|---|---|---|---|

| DRIVER NAME | | | HOME TERM | LOAD TYPE | POSITION | TRACTOR | TRAILER | BILLED MILES | ROUTED MILES |
|---|---|---|---|---|---|---|---|---|---|
| BELL        RANDY | N | | 544 | 4W | 4 | | | | 845 |

| VIN<br>4V4NC9EH48N489635 | MODEL<br>3X2 VNL64T300 | SADDLE NUMBER<br>31-03325 | SADDLE NUMBER<br>21-16705 | SADDLE NUMBER<br>20-00710 | BAG SEAL<br>4454 | BAG SEAL<br>4453 | BAG SEAL<br>4452 |
|---|---|---|---|---|---|---|---|
| SPECIAL INSTRUCTIONS | | 1 | 2 | 2 | | | |

DRIVER: INITIAL IN BOXES CORRESPONDING WITH SADDLE NUMBER AND BAG SEAL NUMBERS

SAT/10AM-2PM CALL SALES B4 DEL'Y

INSTRUCTIONS: 1. Enter DAMAGE TYPE CODE next to appropriate item. 2. Enter SEVERITY CODE in next column. 3. Use Remarks Section only for additional Damage Codes or clarifications.
Note: This form to be used for recording TRANSPORTATION RELATED DAMAGE ONLY.

**DAMAGE CODES - USE TO DESCRIBE CONDITION OF BELOW AREAS**

| 01 BENT<br>02 BROKEN (EXCEPT GLASS)<br>03 CUT<br>04 DENTED (PAINT BROKEN)<br>05 DENTED (EXCEPT GLASS,<br>  PANEL EDGE)<br>06 CRACKED (EXCEPT GLASS)<br>07 GOUGED | 08 MISSING<br>  (EXCEPT MOLDING/EMBLEM)<br>09 SCUFFED<br>10 STAINED or SOILED INTERIOR<br>11 PUNCTURED<br>12 SCRATCHED (EXCEPT GLASS)<br>13 TORN<br>14 DENTED-PAINT/<br>  CHROME NOT DAMAGED | 30 MOLDING/EMBLEM/WEATHER-<br>  STRIP DAMAGE<br>31 MOLDING/EMBLEM/WEATHER-<br>  STRIP LOOSE, MISSING<br>32 GLASS CRACKED<br>33 GLASS BROKEN<br>34 GLASS CHIPPED<br>35 GLASS MOUNT DAMAGED<br>36 MARKER LIGHT DAMAGED | 36 FLUID SPILLAGE - EXTERIOR<br>34 CHIPPED PANEL EDGE<br>37 HARDWARE, EXTERIOR -<br>  LOOSE, MISSING<br>38 HARDWARE, EXTERIOR -<br>  DAMAGED<br>38 FACTORY RELATED EXCEPTION |
|---|---|---|---|

**SEVERITY CODES - USE TO SPECIFY SIZE OF DAMAGE TO BELOW AREAS**

CODE 1  Up To and Including 1" Length/Diameter
CODE 2  Over 1" Up To and Including 3" Length/Diameter
CODE 3  Over 3" Up To and Including 6" Length/Diameter
CODE 4  Over 6" Up To and Including 12" Length/Diameter
CODE 5  Over 12" Length/Diameter
CODE 6  Replacement-Severe Damage/Missing

| | DAMAGE AREA CODES | | DAMAGE CODE | SEVERITY CODE | | DAMAGE AREA CODES | | DAMAGE CODE | SEVERITY CODE | | DAMAGE AREA CODES | | DAMAGE CODE | SEVERITY CODE | | DAMAGE AREA CODES | | DAMAGE CODE | SEVERITY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FRONT** | Visor, Exterior/Sun | 78 | | | **RIGHT SIDE** | Fuel Tank Fairing Right | 11 | | | **LEFT SIDE** | Fender, Left/Front | 14 | | | **FRAME AND MISCELLANEOUS** | Suspension- Undercarriage | 93 | | |
| | Windshield, Glass | 20 | | | | Cab Panel, Right Side | 76 | | | | Hood Verticle Panel, Left | 66 | | | | Bug Screen | 54 | | |
| | Cab Panel, Front | 74 | | | | Sleeper Panel, Right Side | 36 | | | | Roof Panel, Cab | 37 | | | | Winter Front | 26 | | |
| | Cowl | 80 | | | | Cab Extender, Right side | 39 | | | | Roof Panel, Sleeper | 56 | | | | Frame | 90 | | |
| | Hood Panel, Top | 27 | | | | Quarter Fender, Right/Left | 17 | | | | Air Deflector/Fairing Roof | 64 | | | | Deck Plate | 49 | | |
| | Grill | 22 | | | | Cab Panel, Rear | 77 | | | | Marker Lamps | 65 | | | | Air Cleaner | 69 | | |
| | Headlight and Rim, Left | 25 | | | | Sleeper Panel, Rear | 19 | | | | Horn, Right/Left | 53 | | | | Muffler Shield | 12 | | |
| | Headlight and Rim, right | 25 | | | | Mud Flap, Right/Left | 73 | | | | Instrument Panel | 66 | | | | Battery Box and Cover | 07 | | |
| | Bumper | 03 | | | | Tail Lamp, Right/Left | 46 | | | | Radio, Tape Player, CB | 33 | | | | Tires - Steer Axle | 43 | | |
| | Fog Lamps | 70 | | | | Cab Extender, Left | 06 | | | | Trim Panel, Including Sleeper | 48 | | | | Tires - Forward Tandem | 02 | | |
| | Antenna | 71 | | | | Sleeper Panel, Left | 83 | | | | Seat, Left | 94 | | | | Tires - Rear Tandem | 85 | | |
| **RIGHT SIDE (Passenger)** | Hood Verticle Panel, Right | 88 | | | **LEFT SIDE** | Cab Panel, Left | 75 | | | **INTERIOR** | Seat, Right | 95 | | | | Wheels - Steer Axle | 92 | | |
| | Fender, Right Front | 16 | | | | Fuel Tank, Left | 81 | | | | Bunk Curtain | 57 | | | | Wheels - Forward Tandem | 87 | | |
| | Turn Signal, Right | 35 | | | | Fuel Tank Fairing, Left | 04 | | | | Mattress | 18 | | | | Wheels - Rear Tandem | 86 | | |
| | Door, Right | 09 | | | | Step Assembly, Left | 08 | | | | Tow Hook, Detachable | 60 | | | | Air Tanks | 09 | | |
| | Mirror, Outside Right | 31 | | | | Mirror Outside, Left | 30 | | | | Trailer Hoses | 55 | | | | Glass, Other | 82 | | |
| | Step Assembly, Right | 42 | | | | Door, Left | 10 | | | | Light Cable | 47 | | | | Other | 98 | | |
| | Fuel Tank, Right | 89 | | | | Turn Signal, Left | 52 | | | | Exhaust | 91 | | | | | | | |

DEALER REMARKS                                              DRIVER REMARKS

**DEALER: Please Answer The Following Questions By checking The Appropriate Box.**

| All hang on wiring removed, all connections returned to original condition. All lights operational.<br>YES ☐  NO ☐ | All temporary fenders, frame blocks, banding saddles, etc., disposed of or made ready for return shipment.<br>YES ☐  NO ☐ | Axle shafts reinstalled correctly, all grease leakage removed.<br>YES ☐  NO ☐ | Spring parking brakes returned to correct position with dust covers.<br>YES ☐  NO ☐ | Any items removed such as antennas, stack extensions, tail lights, etc., reinstalled correctly.<br>YES ☐  NO ☐ |
|---|---|---|---|---|

**CONSIGNEE: BY SIGNATURE BELOW ACKNOWLEDGES THE RECEIPT OF TRUCKS, SADDLES, BAGS (SEALED) AS INDICATED ABOVE AND THAT THE UNDECKING AREA HAS BEEN POLICED, SADDLES AND BAGS PROPERLY STORED.**

| DEALER SIGNATURE | DATE | TIME   A.M.   P.M. | DRIVER SIGNATURE                      7-11-07 |
|---|---|---|---|

SIGNED RECEIPT REQUIRED

ANNEX E

CFTS-Wit - 0197

DELIVERY RECEIPT-CONSIGNEE

101609-Kennedy

9       Q     You have been to schools for

10   Volvo mechanics?

11       A     Yes.

12       Q     What about the Sterling heavy

13   trucks at Crescent?  Do you service those

14   also?

15       A     Yes.

16       Q     You have been to the Sterling

17   schools also?

18       A     Yes.  Detroit schools.

19       Q     Detroit schools.  Okay.  At the

20   present time, are there other mechanics at

21   Crescent who work on heavy trucks, Volvo,

22   Sterling?

23       A     Yes.

24       Q     Who are they?

25       A     Well, Steve, Jim and McGee at

ASSOCIATED REPORTERS, INC.
504-529-3355

6

1   this time.

2       Q     They all work on heavy trucks?

3       A     Yes.

4       Q     Do they work on the medium and

5   light trucks also?

6       A     Yes.

7       Q     What about you?  Do you work

8   just on heavy trucks?  Or do you work on

9   medium and light trucks also?

10       A     Pretty much strictly heavy

Page 5



101609-Kennedy

11    trucks.

12         Q    I understand your son also

13    worked for Crescent?

14         A    Yes.

15         Q    And what was his job?  How long

16    did he work for Crescent, approximately?

17         A    I don't exactly remember.

18         Q    How many years about?

19         A    Is it wasn't a whole year.

20         Q    What was his job description?

21         A    He was just helping me.

22         Q    Had he been to any heavy truck

23    schools for mechanics?

24         A    No.

25         Q    He was just a helper?

ASSOCIATED REPORTERS, INC.
504-529-3355

□

7

1          A    Yes.

2          Q    And he is now in Picayune?

3          A    Yes.

4          Q    What is he doing up there?

5          A    He's working right now as a

6    handyman.

7          Q    He's not in the truck repair

8    business?

9          A    No.  He's hard working for his

10   dad.

11         Q    This is not directly reflected

12   in a document, but I have to ask you these

13   questions to lay a foundation for the other

Page 6

101609-Kennedy

14    stuff that we need to ask you about the

15    documents with your name on it.

16                    Did you become aware at

17    some point that Mr. Witmeyer had become

18    involved in an accident?

19         A    Yes, he told me.

20         Q    Can you tell me roughly how you

21    found out?

22         A    He came and told me that he was

23    in a wreck.  He actually was mad at me,

24    thought I had done something to the truck.

25         Q    And was that the day of the

ASSOCIATED REPORTERS, INC.
504-529-3355

8

1    accident?

2         A    I think it was the day or the

3    day after.  And then he came the following day

4    and apologized.

5         Q    When you saw him, do you know if

6    he was on his way to the hospital or coming

7    from the hospital, or do you know?

8         A    I don't know.  I don't know.  He

9    was sore.  That's all I know.

10         Q    what did he tell you?

11         A    He hurt his shoulder.  He fell

12    out of the truck and hurt his shoulder.

13         Q    Did he tell you anything about

14    how the accident happened?

15         A    Not specifically, really.  He

Page 7

101609-Kennedy

19      A    When I got the truck, it was all

20  in good shape.

21      Q    Did you look at the battery box

22  cover?

23      A    Yes.

24      Q    What did you see?

25      A    It was fine at that time.

ASSOCIATED REPORTERS, INC.
504-529-3355

10

1       Q    Did you see any damage to it?

2       A    No.

3       Q    Did you replace any parts on it?

4       A    No.

5       Q    Do you recall any history of any

6   other problems, parts needing to be replaced

7   -- needing replaced on the battery box cover,

8   or the battery box cover needing replacement

9   on this truck?

10      A    No.

11      Q    Has the truck been back in the

12  shop for other service problems since

13  Mr. Witmeyer's accident?

14      A    I don't know.

15      Q    Okay.

16      A    This company has a lot of trucks

17  and I work on all of their trucks.  I don't

18  know particularly which vehicle this was.

19      Q    Which company are we talking

20  about?

101609-Kennedy

21      A      I believe it was Vanguard is the

22  name of the company.

23      Q      Do you know what kind of work

24  they do?

25      A      They haul water or something.

ASSOCIATED REPORTERS, INC.
504-529-3355

11

1       Q      Is there any non-Volvo equipment

2   installed on those -- are they trucks or

3   tractors?

4       A      Tractors.

5       Q      Tractors.  Is there any

6   non-Volvo equipment installed on those

7   tractors in connection with picking up or

8   hauling water, if you can recall?

9       A      I don't think so.  I don't know

10  if they have a {PTO even on them.  I'm not

11  sure.

12      Q      All right.

13      A      I'm not sure if it's on the

14  trailer.

15      Q      Do you recall any problems with

16  battery box covers on any of the other trucks

17  owned by this company?

18      A      No.

19      Q      Are you familiar with how the

20  battery box cover works and how it's secured?

21      A      Yes.

22      Q      This type of battery box cover?

23      A      Yes.

Page 10

101609-Kennedy

24      Q      You've fastened them and

25   unfastened them many times; fair enough?

ASSOCIATED REPORTERS, INC.
504-529-3355

12

1   Correct?

2              MR. LEGER:

3                    You have to say yes or no.

4              THE WITNESS:

5                    Yes.

6   BY MR. SHUSHAN:

7      Q      At any time you check the

8   battery terminals, you have to take the cover

9   off; correct?

10     A      Correct.

11     Q      Is it a part of a daily

12   inspection of the truck to check the battery

13   terminals, if you know?

14     A      No.

15     Q      Driver's inspection?

16     A      Not that I am aware of.

17     Q      Are you aware of what kind of

18   daily inspection the driver is supposed to do?

19     A      Not specifically for that

20   company, no.

21     Q      You have never read the manual

22   on it?

23     A      For their company, no.

24     Q      Fair enough.

25              MR. FIORENZA:

Page 11

101609-Kennedy

ASSOCIATED REPORTERS, INC.
504-529-3355

13

```
 1              Are we talking about the Volvo
 2      manual or the Vanguard manual?
 3         MR. SHUSHAN:
 4              I am talking about the Volvo
 5      manual.
 6         THE WITNESS:
 7              Oh.
 8         MR. FIORENZA:
 9              He's talking about Vanguard.
10         THE WITNESS:
11              Okay.  Yeah, I didn't know --
12      you asked what the driver's
13      responsibility is, by Vanguard is what I
14      was assuming.  I don't know.
15 BY MR. SHUSHAN:
16      Q     Have you read the Volvo manual
17 on what the driver is supposed to do every day
18 before he starts out to drive?
19      A     Yes, I have looked through it.
20      Q     Does it include to your
21 recollection, checking the battery box, the
22 battery terminals?
23         MR. LEVENSON:
24              Let me just object and say that
25      the Volvo manual would be the best
```

ASSOCIATED REPORTERS, INC.
504-529-3355

14

101609-Kennedy

 5   installed in this picture, but I can't be

 6   sure.

 7          Q     Why does it not look properly

 8   installed in the picture?

 9          A     It looks like it's on the wrong

10   side of the tabs that are here.

11          Q     What do you mean by "on the

12   wrong side of the tabs?"

13          A     It snaps over two little tabs

14   and snaps into the box, and then I put the

15   rubber grommets in place.

16          Q     And it look as if -- does it

17   look as if the rubber grommets are in place?

18          A     Yes.

19          Q     When you are talking about the

20   tabs, is that something on the bottom of the

21   top lid of the truck -- of the battery box

22   cover?

23          A     It's on the frame of the battery

24   box itself.

25          Q     Yes.  Okay.  And there is a

ASSOCIATED REPORTERS, INC.
504-529-3355

                                                17

 1   piece on the bottom that fits under a piece on

 2   top; is that correct?

 3          A     The piece on top fits behind the

 4   metal tabs.

 5          Q     Can we see the metal tabs in

 6   those pictures?

Page 15

101609-Kennedy

7     A    I can see an outline of them,

8    but it doesn't look like they're -- it looks

9    like they are going under the lip of the box,

10   instead of the box already snapped down and on

11   the other side of it.

12     Q    What is the piece which you

13   called the grommet?

14     A    The two rubber straps here.

15     Q    Are they straps in the sense

16   that you can stretch them out like a bungee

17   cord?

18     A    Kind of.  They are pliable.

19     Q    Is it something you can hang on

20   and bounce up and down like a bungee cord?

21     A    I have never tried it.

22     Q    How long are they?  A couple of

23   inches?

24     A    About five inches or so.

25     Q    They are flexible?

ASSOCIATED REPORTERS, INC.
504-529-3355

18

1     A    Yes.

2     Q    Have you ever tried to stretch

3   one out to see how far it would stretch?

4     A    No.  They are pretty tough to

5   get over the cover.  Just stretching them to

6   put them on the box, they are pretty tight.

7   You've got to use some force.

8     Q    In other words, you have to use

9   some force to get those two grommets in place?

Page 16

101609-Kennedy

12          A      You have to pull them up and

13     snap them in place.

14          Q      Then you kind of wedge them in

15     place?

16          A      Yes.

17          Q      Once they are wedged in place,

18     they are going to stay there until you grab

19     the handles to release it; correct?

20          A      Yes.

21          Q      You talked about two -- the two

22     grommets and handles.  Can you take this and

23     draw -- just put the word grommet down here at

24     the bottom and draw an arrow pointing to the

25     two grommets that we have been talking about?

ASSOCIATED REPORTERS, INC.
504-529-3355

20

1                          Let's see if we can get you

2     a better pen -- let's see if we can get him a

3     pen -- there's red one over there.  Let's try

4     the red pen and see if that works a little

5     better.

6                          Draw the arrow pointing to

7     the two of them.  Maybe the red pen will come

8     out a little better.  And draw it down to the

9     bottom.  Okay.  There you go.  And put in the

10    word "grommet."

11         A      (Witness complying.)

12         Q      Now, we were talking about

13    handles.  Okay.  There are two handles.

14    Right.  They look kind of like attached to --

101609-Kennedy

15      A      These?

16      Q      Yes.  Okay.  Can you put the

17  word "handles" at the top and draw an arrow to

18  the two handles?

19      A      (Witness complying.)

20      Q      Now, you talked earlier in the

21  deposition about two pieces that look as if

22  they might or might not be in the right place.

23  Can you identify those for us?  I realize you

24  said you weren't sure from the picture.

25      A      Yes.  It's kind of hard to tell.

ASSOCIATED REPORTERS, INC.
504-529-3355

21

1       Q      The witness has just put four

2  red vertical marks on a slight angle on the

3  picture.

4                  Can you describe for us

5  without having the thing in front of you, how

6  it works, how those four things work?

7       A      To install the box -- well, to

8  remove the box, you pull up the handles and

9  the grommets.  They snap off.  And you have to

10  lift the box up and pull out.

11                  And to put it back in, you

12  have got to come in and then snap it down

13  behind those little tabs, and then put the

14  grommets back in place.

15      Q      What about the back cover that

16  we can't see?  Is there anything about the

Page 19

101609-Kennedy

17   back cover that you recall of how the top and

18   the bottom fit together.

19        A     Well, the back of the battery

20   box, there is spring clips that come down that

21   the battery box goes under when you snap it

22   down.

23        Q     All right.  Thank you.

24        A     Right here.  There are two of

25   those.

ASSOCIATED REPORTERS, INC.
504-529-3355

22

1        Q     Tell us how the spring clip

2   works.

3        A     It's just a stationary piece of

4   metal that the battery box slips under to keep

5   it from flipping out.

6        Q     At what point in the

7   installation of the top do you do it?  Do you

8   do it before you put the grommets in place or

9   after?

10        A     Yes.  You have to slide the box

11   under those two pieces of metal as you are

12   snapping it down.

13        Q     So you slide it under first?

14        A     Uh-huh (affirmative expression).

15        Q     Then you pull the top down in

16   front; correct?

17        A     Correct.

18        Q     And when you pull the top down

19   in front -- what did you call those four

Page 20

101609-Kennedy

20   pieces in front?

21          A      It's just a little metal tab

22   that is built into the metal frame of the

23   battery box.

24          Q      And when you look at it, when

25   have the hardware in your hand, is it easy to

ASSOCIATED REPORTERS, INC.
504-529-3355

23

1   see whether those four metal tabs are in the

2   right place?

3          A      To me, yes.

4          Q      And they fit on the outside of

5   the --

6          A      The fiberglass.

7          Q      -- of the front of the top

8   cover?

9          A      Right.

10          Q      Could you just put clips or

11   something down here and draw an arrow to two

12   of these, whatever you want to call them,

13   those metal pieces we have been talking about?

14             MR. LEVENSON:

15                 Why don't we call them tabs?

16        Because that's what we've been calling

17        them.

18   BY MR. SHUSHAN:

19          Q      Call them tabs.  Put "tab" down

20   there, and extend those lines.  Do you see the

21   way you made those lines?

101609-Kennedy

22      A      Yes.

23      Q      If you connect those up for us,

24   that would help.

25      A      (Witness complying.)

ASSOCIATED REPORTERS, INC.
504-529-3355

                                                        24


1      Q      Okay.  All right.  You did see

2   this truck, the truck that was supposedly

3   involved in the Witmeyer accident; correct?

4      A      Yes.  A couple of days

5   afterwards.

6      Q      And you don't recall anything

7   unusual about the battery box cover?

8      A      No.  It was installed correctly

9   when I had got the truck.

10      Q      And do you know who, if anybody,

11   reinstalled the battery box cover before you

12   got the truck?

13      A      I couldn't tell you who.

14      Q      Somebody?

15      A      Somebody did, yes.  It's a step

16   to get into the truck.

17      Q      Here is another picture we have

18   been given.  What is that piece right there?

19      A      I just call it a spring clip.  I

20   mean, it's a locking tab to help hold the --

21   fasten the battery box.

22      Q      Would you write "spring clip" on

23   that one and draw an arrow --

24          MR. FIORENZA:

                    Page 22

101609-Kennedy

25          I don't know if that's -- do

ASSOCIATED REPORTERS, INC.
504-529-3355

☐                                                25

1      you want me to make a copy of that or is

2      it okay he if writes on that?

3           THE WITNESS:

4                I can use that one.

5           MR. FIORENZA:

6                Okay.  Go ahead.

7           THE WITNESS:

8                (Witness complying.)

9    BY MR. SHUSHAN:

10          Q     And that's on the back of the

11   cover; correct?

12          A     Not on the cover.  That's

13   actually on the frame of the battery box

14   itself.

15          Q     Itself?

16          A     Uh-huh (affirmative expression).

17          MR. FIORENZA:

18                Your answer is yes?

19          THE WITNESS:

20                It's not a removable part with

21      the cover.

22   BY MR. SHUSHAN:

23          Q     What is the big piece that we

24   are looking at there?  What is the whole

25   thing?  Is that the whole thing, a spring

ASSOCIATED REPORTERS, INC.
Page 23

101609-Kennedy
504-529-3355

26

```
 1   clip?
 2        A    I don't know what the technical
 3   name would be.
 4        Q    Is it a part of the cover -- is
 5   it a part of the battery -- of the --
 6        A    It's the battery box housing.
 7        Q    It's the piece that fits around
 8   the battery?
 9        A    Yes.  The whole box assembly
10   itself.
11        Q    Are we looking at the same thing
12   up there?
13        A    Yes.
14        Q    Why is it curved like that?
15        A    The battery cover itself has a
16   taper in it that that helps to hold in to keep
17   it from sliding out.
18        MR. SHUSHAN:
19             Let's mark these as -- the
20        first one you did with the tabs and
21        grommets, let's mark as Kennedy 1.  And
22        we will mark the other one with the
23        spring clip marked as Kennedy 2.  We will
24        attach those to the deposition.
25        MR. FIORENZA:
```

ASSOCIATED REPORTERS, INC.
504-529-3355

27

101609-Kennedy

1            But we may have more than one
2        Kennedy.  You might want to put his first
3        initial on there also.
4            MR. LEGER:
5                The same first initial, too.
6            MR. LEVENSON:
7                You might want to put John
8        Kennedy.
9            MR. SHUSHAN:
10               We will put John.
11           (Whereupon, the above-mentioned
12       documents were marked for identification as
13       John Kennedy Exhibit Nos. 1 and 2 and are
14       attached hereto.)
15       BY MR. SHUSHAN:
16           Q     You did a pre-delivery
17       inspection on the truck when it was involved
18       in Mr. Witmeyer's accident; is that correct?
19           A     Correct.
20           Q     Did your pre-delivery inspection
21       include checking the batteries, the battery
22       terminals?
23           A     No, it does not.
24           Q     Do you know if the truck
25       involved in Mr. Witmeyer's accident was driven

ASSOCIATED REPORTERS, INC.
504-529-3355

28

1    around the shop or around the yard or on any
2    errands during the time it was at Crescent, if

Page 25

101609-Kennedy
```
 3   you know?
 4          MR. LEVENSON:
 5              Do you want to put that in
 6       relationship to the accident?
 7          THE WITNESS:
 8              Yes, that's the only thing I
 9       know of, is Witmeyer had driven it to put
10       tires on it and that's when the problem
11       happened.
12   BY MR. SHUSHAN:
13          Q    Do you know how many miles it
14   had on it?
15          A    No.  I am not sure what place he
16   went.  I have never been there.
17          Q    If he testifies it was a couple
18   of miles away, you would have no way of
19   knowing whether that was true or not; correct?
20          A    Correct.
21          Q    I am going to show you a
22   document which Crescent has marked 309, which
23   was produced this morning.  If this is not in
24   chronological order.  There we go.
25                  Who is the service advisor?
```

ASSOCIATED REPORTERS, INC.
504-529-3355

0

29

```
 1   What is his job?
 2          A    To write a work order.
 3          Q    That number at the top, 86549,
 4   is that a work order, repair order number?
 5          A    work order.
```
                    Page 26

101609-Kennedy

11          A      Do you mean in August?

12          Q      Yes.  On August 6.

13          A      I can only assume that they

14    tried to start the truck and it didn't start.

15          Q      You have no recollection of why

16    somebody would have started the truck;

17    correct?

18          A      No.

19          Q      It says at top, "mileage 25/25."

20    Do you know what that means?

21          A      Mileage at the time they wrote

22    this ticket.

23          Q      Was that mileage before the

24    truck was delivered to Crescent or after the

25    truck was delivered to Crescent, or do you

ASSOCIATED REPORTERS, INC.
504-529-3355

32

1    know?

2          A      Well, it would have to be after

3    it was delivered to Crescent, because they got

4    the mileage off the truck when they wrote the

5    ticket.

6          Q      Do you know if the truck had

7    been used by somebody at Crescent to run up

8    those 25 -- those 25 miles?

9          A      No.  I wouldn't know.

10          Q      If the truck had a dead battery,

11    you have no idea why it was dead?

12          A      No.  I mean, somewhere on the

Page 29

101609-Kennedy

13     work order it said check because the door was

14     left open.  I would assume that maybe somebody

15     was showing the truck and didn't properly

16     close the door and left the lights on.

17            Q     If you leave the door open, in

18     your experience, how long does it take to run

19     down that battery?

20            A     It depends on how good the

21     batteries are; from one day to three days.

22            Q     Six or seven days?

23            A     Oh, yes.

24            Q     Possible?

25            A     Oh, yes.

ASSOCIATED REPORTERS, INC.
504-529-3355

33

1            Q     Are trucks ever used by Crescent

2      to run errands around Crescent's premises or

3      in the neighborhood --

4            MR. LEVENSON:

5                   Let me object to the form.

6      BY MR. SHUSHAN:

7            Q     -- before the trucks are

8      delivered or sold?

9            MR. LEVENSON:

10                  Let me object to the form of

11          the question.  You mean Class A trucks

12          like this?

13          MR. SHUSHAN:

14                  Yes.

15          MR. LEVENSON:

101609-Kennedy

16                    Okay.  Well, asked him about

17        Class A trucks.

18   BY MR. SHUSHAN:

19        Q    We are talking about the kind of

20   truck that is reflected on this document,

21   which is the Volvo VNL64T.  Are they ever used

22   for odd jobs and errands at Crescent before

23   they are sold to the customer?

24        A    I don't know.  I have never used

25   one for something.

ASSOCIATED REPORTERS, INC.
504-529-3355

⬜                                                           34

1         MR. SHUSHAN:

2                    We will have to mark this one

3        as John Kennedy 3.

4              (Whereupon, the above-mentioned

5    document was marked for identification as John

6    Kennedy Exhibit No. 3, and is attached

7    hereto.)

8    BY MR. SHUSHAN:

9         Q    All right.  Let me show you this

10   document, which is marked Crescent 0197,

11   delivery receipt consignee.  Have you ever

12   seen one of these before?  I will lend you my

13   glasses if that will help?

14        A    Actually, I haven't seen this.

15        Q    Huh?

16        A    I haven't seen that form there.

17        Q    You have never seen one of

Page 31

101609-Kennedy

23    fit into?

24            A     Correct.

25            Q     And you have to apply some force

ASSOCIATED REPORTERS, INC.
504-529-3355

62

1    to get them into that notch?

2            A     Yes.

3            Q     When they are in the down

4    position, what are the three round things that

5    appear in the photograph?

6            A     The truck air tanks.

7            Q     Air tanks.  When the two

8    grommets with the T-handles are in the down

9    position pointing down, are they in front of

10   the three air tanks?

11           A     Yeah.

12           Q     Will they reach to the bottom --

13   back of the bottom step itself?

14           A     I think it's close to there,

15   not --

16           Q     If they are all the way down?

17           A     Yeah, I am not sure if they

18   actually touch a step.  It seems to be a

19   little different configuration on some trucks

20   where they hang lower than others.

21           Q     Your recollection is if they

22   don't actually touch the bottom step, they

23   would be close if you moved them all the way

24   down?

Page 57

101609-Kennedy

25        A     Correct.

ASSOCIATED REPORTERS, INC.
504-529-3355

63

1              MR. SHUSHAN:

2                   I tender the witness.   Thank

3        you.

4                   EXAMINATION

5    BY MR. FIORENZA:

6        Q     Mr. Kennedy, my name is Ron

7    Fiorenza.   I represent GB Manufacturing, who

8    is the company that actually manufactured

9    these two aluminum steps that are on the

10   bottom of the truck.

11                  Can you tell me, sir, if

12   you know, what the battery box itself is made

13   of?  Is it a metal or is it fiberglass?

14       A     It's like a fiberglass

15   composite material.  I am not exactly sure.

16   I haven't --

17       Q     Okay.  It's not metal to your

18   knowledge; is it?

19       A     I don't believe so on this

20   truck.

21       Q     And the battery box cover, is it

22   also the same type of material?

23       A     I thought that's what you asked

24   me.

25       Q     No, I said the battery box.  I

101609-Kennedy

64

1    understand that to mean a portion that is --
2         A    I was assuming the cover.  The
3    cover is a fiberglass.  The part that holds
4    the batteries, the main frame is steel.
5         Q    Okay.  If you look at Kennedy
6    No. 1, there appears to be a wire rope that is
7    attached to one of the brackets holding the
8    top step and then it disappears.  Do you know
9    what the purpose of that is?
10        A    That's attached to the air tank
11   bleed valve to relieve excess water that
12   builds up from condensation.
13        Q    The clips that are shown on
14   Kennedy No. 2 -- do you have the photograph
15   Kennedy No. 2?
16        A    Yes.
17        Q    The clips, the spring clips that
18   you identified, how are they attached to the
19   truck?
20        A    You know, I have never removed
21   them.  I don't know if they are bolted, pop
22   riveted or if it's a form of the thing.  I
23   have never paid attention to them.
24        Q    Is it some type of permanent
25   attachment?

ASSOCIATED REPORTERS, INC.
504-529-3355

65

101609-Kennedy

14              Page 309.

15         MR. FIORENZA:

16              No.  Those documents that he

17    just referenced.

18         MR. LEVENSON:

19              Oh, I'm sorry.  You mean 214?

20         MR. SHUSHAN:

21              That would be 4, I think.

22         MR. FIORENZA:

23              It would be referenced as John

24    Kennedy No. 5, in globo, and it consists

25    of the Bates stamp documents from

ASSOCIATED REPORTERS, INC.
504-529-3355

71

1    Crescent 0214 through 0308.  And I think

2    we have already discussed 309.

3              (Whereupon, the above-mentioned

4    document was marked for identification as

5    John Kennedy Exhibit No. 5 and is

6    attached hereto.)

7         MR. FIORENZA:

8              I believe that's all the

9    questions I have.  Thank you.

10              EXAMINATION

11   BY MR. LEGER:

12         Q    Mr. Kennedy, my name is Walt

13   Leger.  I represent Mr. Witmeyer.  I have a

14   few follow-up questions that I want to ask

15   you.

101609-Kennedy
16      First of all, do you have

17 John Kennedy No. 1 in front of you right now?

18   A  Yes.

19   Q  Do you have any reason to

20 believe that this is the actual truck that was

21 involved in the incident that Mr. Witmeyer

22 claims he was involved in the accident?

23   A  I believe it's not the truck.

24   Q  It's your belief that is a

25 similar truck?

ASSOCIATED REPORTERS, INC.
504-529-3355

72

1   A  Similar, yes.

2   Q  And you service all types of

3 heavy trucks that Volvo sells?

4   A  Yes.

5   Q  Do you service different models

6 of trucks than the truck identified in John

7 Kennedy No. 1?

8   A  Yes.

9   Q  On those trucks that you

10 service, do they have different designs when

11 it comes to the steps to get in and out of the

12 trucks?

13   A  Yes.

14   Q  Did the other trucks that you

15 service have a design where the step is

16 actually attached to the top of the battery

17 box in this fashion?

18   A  Similar, I guess.  I mean, I

Page 66

101609-Kennedy
21   there is a whole fairing attached to the

22   vehicle.

23        Q    So it's fairly common, though,

24   that you operate on these types of trucks, and

25   you work on these kind of trucks?

ASSOCIATED REPORTERS, INC.
504-529-3355

74

1        A    It's fairly common.

2        Q    When salesmen become employed at

3   your company, do they undergo any kind of

4   training in connection with the work that you

5   perform to become familiarized with these

6   trucks?

7        A    I've never applied for a

8   salesman job.

9        Q    Do you ever work with salesmen

10   in helping them to learn about what you do on

11   these trucks?

12        A    If they ask me questions, I will

13   help them out any way I can.

14        Q    Has any salesman ever come to

15   you in relation to a similar truck as the one

16   we are talking about in this incident and ask

17   you about the battery box covers and how to

18   operate them?

19        A    Only Witmeyer.

20        Q    And when did he do that?

21        A    I couldn't tell you exactly the

22   days.

23        Q    Before or after he got injured?
Page 68

101609-Kennedy

24          A      I honestly couldn't tell you. I

25    mean, it's been -- it could have been before.

ASSOCIATED REPORTERS, INC.
504-529-3355

75

1     I couldn't tell you.

2           Q      So you think that it's possible

3     that he came to you before he got injured and

4     specifically asked you about the battery box

5     cover?

6           A      I seem to remember a time him

7     asking for help on the battery box cover, how

8     to remove one or something.  And I don't

9     remember if it was this design or a different

10    design or anything.

11          Q      When he came to see you after he

12    got hurt, you said that he was angry with you?

13          A      Yes.  He thought I had opened

14    the battery box and not fastened it.  And then

15    he came and apologized the next day, because

16    he found out I had not done the PDI on the

17    truck yet.

18          Q      So his complaint was that,

19    because the step had malfunctioned that he

20    thought you must have done something that

21    would have caused that?

22          A      There was an open work order for

23    me to do a PDI at that time, and he thought I

24    had already done it, and I had not.

25          Q      The work order that I have seen

Page 69

101609-Kennedy

76

1    with the PDI that we have looked at a couple

2    of times and have identified previously

3    suggests that the work order was open on

4    November 2nd, 2007; is that your recollection?

5         A    Yeah, I remember that is when it

6    was opened.  That wasn't the exact time that

7    he might have requested it to be done, because

8    he sold the vehicle.

9         Q    When does it typically happen

10   that salesperson requests that a PDI be

11   performed?

12        A    It varies.  But they definitely

13   try to start getting something going when they

14   have sold a vehicle.  But sometimes we PDI

15   vehicles that have actually sat in our lot.

16        Q    So let me ask you more

17   generally.  Do you have any idea when the

18   truck that we are talking about in this case

19   came to the lot?

20        A    No.

21        Q    Is it typical when a truck

22   arrives on the lot, that you or somebody in

23   your department conducts a inspection of that

24   truck upon receipt?

25        A    No.

101609-Kennedy

1          Q     As long as you've been employed
2     there, it's never been your practice as far as
3     you know for your department to inspect those
4     trucks as they come to the lot?
5          A     No.
6          Q     That is something that is
7     reserved for before it is delivered to a
8     customer who purchases it in your experience?
9          A     Yes.  I am not involved when it
10    comes delivered to the place until there is a
11    work order and it comes to the back to the
12    shop.  I don't know how the front operates.
13         Q     So you don't become involved
14    until either some repair is needed or some
15    maintenance work is needed?
16         A     Correct.
17         Q     You may also become involved if
18    the truck gets sold and the salesman requests
19    that a pre-delivery inspection is done on that
20    vehicle?
21         A     They would go to the service
22    writer, the service manager and have a work
23    order created.  And at that time, I would do
24    whatever is required on the work order.
25         Q     Okay.  We talked a little bit

ASSOCIATED REPORTERS, INC.
504-529-3355

1     about the broken hub on the vehicle that was
Page 71

UNIT# 6083A

88043

WARRANTY

PAGE 1

**CRESCENT FORD TRUCKS**
6121 Jefferson Hwy.
Jefferson, LA 70123
(504) 818-1818
(800) 575-8785

HOME:                    BUS:

SERVICE ADVISOR: 171 RON SCHEUERMANN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|  | 08 | VOLVO VNL64T | 4V4NC9EH48N489635 |  | 25/25 | 6083A |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
|  |  | IS | 08:48 10NOV07 | STK:6083A | 95.00 | CASH | 09NOV07 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 16:52 02NOV07 | 10:24 09NOV07 |  |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL

C** PERFORM RECALL RVXX0704
    82134-0-02 RECALL RVXX0704
        151 WVOL  0.30                                    24.00    24.00
    2 20725387 SHOCK ABSORBER           38.28    24.88    49.76
    2 20502948 CONNECTOR                 1.66     1.08     2.16
    2 971098 FLANGE LOCK NUT            1.28     0.83     1.66
                            4122    5358 TPARTS
                             735    2400 TLABOR
25 .6 HOURS INSTALL NEW HOOD SUPORTS
D** PDI (IPDI)
    H10 PDI (IPDI)
        151 WVOL  0.00                                     0.00     0.00
                                 0 TPARTS
                                 0 TLABOR
25 PDI PREFORM PDI

COST, SALE, & COMP TOTALS      4857    7758      0

| PROGRAM CODES | | | SERVICE INSTALLED PARTS | | | | | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| REPAIR 1 | REPAIR 2 | REPAIR 3 | DATE INSTALLED | | | | | ORIGINAL R.O. NUMBER | LABOR AMOUNT | 24.00 |
|  |  |  | MO | DAY | YR | ACCRUED MILEAGE | | | PARTS AMOUNT | 53.58 |
|  |  |  | 1 | LABOR | 2 | LABOR | 3 | LABOR | GAS, OIL, LUBE | 0.00 |
| APPROVAL CODE OR NUMBER | | | | | | | PRO RATA PERCENT | TOTAL LABOR   CORRECTED LABOR | SUBLET AMOUNT | 0.00 |
|  |  |  | 1 | PARTS | 2 | PARTS | 3 | PARTS | MISC. CHARGES | 0.00 |
| COMMITMENT CODE | | | | | | | PRO RATA PERCENT | TOTAL PARTS   CORRECTED PARTS | TOTAL CHARGES | 77.58 |
|  |  |  | SUB TOTAL | ALLOWANCE | DEALER PARTICIPATION | CUSTOMER PARTICIPATION OR DEDUCTIBLE | | TOTAL CLAIM   CORRECTED TOTAL | LESS INSURANCE | 0.00 |
|  |  |  | CLAIMS CHARGED OR DENIED | | CLAIMS RETURNED | | | | SALES TAX | 0.00 |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER, THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAS BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

| | PLEASE PAY THIS AMOUNT | 77.58 |
|---|---|---|

(SIGNED)                    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON

WARRANTY C

CFTS-Wit - 0198

Annex G

UNIT# 6083A
CUSTOMER #:

'88043

**CRESCENT Ford TRUCKS**

WORKORDER
REPRINT
PAGE 2

STERLING

6121 Jefferson Hwy.
Jefferson, LA 70123
(504) 818-1818
(800) 575-8785

VOLVO

HOME:          BUS:

SERVICE ADVISOR: 171 SCHEUERMANN, RON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
|       | 08   | VOLVO VNL64T | 4V4NC9EH48N489635 |  | 25/ | T6083 A |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| IS |  |  | 08:48 05NOV07 |  | 95.00 | CASH |  |

| R.O. OPENED | READY | OPTIONS: STK:6083A |
|-------------|-------|---------------------|

02NOV2007 16:52

LINE OP CODE    FLAT TECH. TYPE  DESCRIPTIONS/INSTRUCTIONS
# A  H84          159      INT   INSTALL HUB AND DRUM ON DRIVERS SIDE FRONT
                                 TANDEM. HUB ON TRUCK IS CRACKED. PARTS IN
                                 CARDBOARD BOX.
                                                    5.0

# B  H601         159      INT   CHANGE TOP SPEED TO "OPEN" NO LIMIT.
            157                   1 hour 151

PDI      3.2

Recall .6              BK          RVXX0704

WARRANTY
PART RETURNED

85/03830      2352      2017841/

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability, or fitness for a particular purpose, with regard to the parts and/or accessories purchased, and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) |  |  |  |
| REVISED ESTIMATE (2) |  |  |  |
| REVISED ESTIMATE (3) |  |  |  |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL
OF THE ABOVE REVISED ESTIMATES:

X _____
        CUSTOMER SIGNATURE

**TECHNICIAN COPY**

UNIT# 6083A
CUSTOMER #:

88043

WORKORDER
REPRINT
PAGE 1



6121 Jefferson Hwy.
Jefferson, LA 70123
(504) 818-1818
(800) 575-8785

HOME:          BUS:





SERVICE ADVISOR: 171 SCHEUERMANN, RON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
|  | 08 | VOLVO VNL64T | 4V4NC9EH48N489635 |  | 25/ | T6083 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
|  | IS |  | 08:48 05NOV07 |  | 95.00 | CASH |  |

| R.O. OPENED | READY | OPTIONS: STK:6083A |
|-------------|-------|--------------------|
| 02NOV2007 16:52 |  |  |

VEHICLE SERVICE HISTORY
CLSD DTE
RO#    S/A  MILEAGE OP CODE  TECH. TYPE DESCRIPTION

86459   157      25 07AUG07
                 H112    113    INT  BATTERY

**EXCLUSION OF WARRANTIES**

Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that dealer makes no warranties of any kind, express or implied, and disclaims all warranties, including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall dealer be liable for incidental or consequential damages or commercial losses arising out of such purchase. The undersigned purchaser further agrees that the warranties excluded by dealer, include, but are not limited to any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle or any of its systems to perform with reasonable safety, efficiency, or comfort.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. The dealership is not responsible for damages from freezing due to lack of antifreeze.

PRELIMINARY ESTIMATE $ _____

AUTHORIZED BY  X

| | DATE | TIME | BY |
|--|------|------|-----|
| REVISED ESTIMATE (1) |  |  |  |
| REVISED ESTIMATE (2) |  |  |  |
| REVISED ESTIMATE (3) |  |  |  |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X _____
CUSTOMER SIGNATURE

TECHNICIAN COPY

. Volvo·Dealer Communications System                                   Page 1 of 1

11/06/07          # Volvo Trucks North America          
10:37:41          Vehicle·Inquiry - VEHINQ

Truck Build Record       Warranty      Component   

Registration Information Displayed - Enter Next VIN Number

VIN: 4V4NC9EH48N489635    Submit

Nameplate: VOLVO              Model: VNL64T          Recalls:
Status:                        Cab: 300             RVXX0702          RVXX0704
Current Owner:          Owner Contact:

000000000

Date In Service:              Phone: ()           File Number:
Vehicle Coverage: Refer to Warranty Certificate for Details
Warranty Coverage and Service Programs are displayed using the Warranty Inquiry program

| Assembled: 031207 | Order: 489635/489635 | To Dealer: 5716D |
|---|---|---|
| Dispatched: 062007 | In Service Mileage: | Selling Dealer: |
| Operation Code: 00 | PDI/RO: | PDI Flag: | Servicing Dealer: |

CFTS-Wit - 0201

Volvo Dealer Communications System                                    Page 1 of 1

# Volvo Trucks North America
## Component Inquiry - COMINQ

11/06/07
10:36:09



| Truck Build Record | TBRINQ | Vehicle | VEHINQ | Warranty | WARINQ |
|---|---|---|---|---|---|

VIN: 4V4NC9EH48N489635    Submit         Nameplate: VOLVO

Model: VNL64T          Status:              Battery:
GVWR: 51200       Wheelbase: 180        Ignition:              Product Class: 04

Display of Components Complete - Use Scroll Bar to View Additional Components
If available, the Paint Charts appear at the end of the Component List

## Components

| Module | Sales Code | Description | Part Number | Mfg. | Model | Serial Number | Var. |
|---|---|---|---|---|---|---|---|
| FF | 20 | | | | | | UPAXLE |
| FX | EA | FRONT AXLE | | | | VOLVO489635 | FATYPE60 |
| F0 | Z1 | | | | | | UTAXLE |
| HA | GO | ENGINE | | VTC | D13 | 900622 | D13F435 |
| RA | I4 | CLUTCH | | SP | CL39DC12 | | CL39DC12 |
| RW | JJ | TRANSMISSION | | FUL | FRO-16210C | K0647622 | F16210CO |
| R2 | K1 | | | TDA | RT-40-145 | SFOR00406278 | RT1857SM |
| R2 | K1 | REAR AXLE DRIVE | | TDA | RT-40-145 | SFOR00406277 | RT1857SM |
| TA | ES | REAR AXLE RATIO | | | 3.42 REAR AXLE RAT | | RAT3.42 |
| 102 | 435 | WHEEL BASE | | | | | |
| 114 | 010 | | USA/USA TERRITORY MA | | | RKET ADAPTATION | |
| 259 | 001 | | LINEHAUL/LONG HAUL S | | | ERVICE | |
| 260 | 001 | | TURNPIKE/INTERSTATE, | | | STARTING GRADES<8% | |
| 261 | 013 | | GCW 71,001-88,000# ( | | | 32-40 METRIC TONS) | |
| 262 | 001 | | NO ADDITIONAL PUSHER | | | OR TAG AXLES | |
| 263 | 021 | | TRACTOR HWY/STK,UNID | | | ENTIFIED END USER | |
| 899 | 005 | | STD NORMAL DUTY,GCW | | | <88,000 LBS | |

## Paint Codes

| Color | | | Brand |
|---|---|---|---|
| CAB | 1 | WHITE | P3029 |
| CHS | 1 | BLACK | P3036 |

CFTS-Wit - 0202

H A S S I S                    10/23/07          1      VOLV07

          JEFFERSON       LA        70123

        CITY - STATE - ZIP           17 DIGIT VIN
IGHWAY      JEFFERSON          LA 70123   4V4NC9EH48N489635

                              6083A

                              88035

CFTS-Wit - 0203

**VOLVO**

> SAFETY RECALL RVXX0704
> OCTOBER 2007

# SAFETY RECALL BULLETIN

**ATTENTION:** SERVICE MANAGERS
PARTS MANAGERS

**SUBJECT:** Hood Restraint Cylinder

**SAFETY RECALL INFORMATION:**
The hood restraint cylinder does not contain enough dampening to adequately restrain the hood. As a result of this, the cylinders could possibly separate, which would leave the hood unrestrained when opening and closing the hood.

**VEHICLES AFFECTED:**
Certain VNL, VNM, VHD, and VT model vehicles manufactured from March 12, 2007 through May 11, 2007.

There are 1,423 vehicles (956 US; 300 Canada; 167 Export) affected by this recall.

**NOTE:** To verify or determine if a particular vehicle is affected by this recall (or any other recall), you should enter the Vehicle Identification Number into the VIN search field in eWarranty, and the screen will display any open recall.

If a "Dealer Listing" is enclosed it identifies the vehicles that were sold or shipped to your dealership. Be sure to check the eWarranty Vehicle Detail screen before performing the recall to verify that the recall is still open.

**REPAIR:**
The recall repair will consist of replacing the hood cylinders.

**TIME ALLOWANCE:**
0.3 hour per vehicle

Note: If the recall repair is the only repair being administered, then a take charge time allowance of 0.3 hrs can be claimed.

CFTS-Wit - 0204

**SAFETY**
**RECALL**
**BULLETIN**

# VOLVO

**SAFETY RECALL RVXX0704**
**OCTOBER 2007**

**CLAIMS FOR CREDIT:**
Expenses associated with the performance of this recall will be reimbursed based on the guidelines identified in this bulletin, and section 2-41 of the Warranty Manual, Policies and Procedures and chapter 20 of the Parts Operations Manual.

### CLAIM CODING INFORMATION:
Authorization Number: RVXX0704
Causal Part Number: 20910500

### STANDARD REPAIR CODES AND TIME:
Repair: 82134-0-02 (0.3 hour)
Take charge time (if applicable): 17003-0-01 (0.3 hour)

**IMPORTANT NOTE:** Claims for a recall repair MUST be submitted within 2 working days from the repair date.

**OWNER RECALL RESPONSE CARD:**
The "Owner Recall Response Card" is to provide the vehicle owner with a convenient way to notify Volvo Trucks North America of changes affecting the ownership of the subject vehicle. The owner recall response card is not intended for dealer usage other than to assist you in the preparation of the repair orders necessary to perform the applicable recall on the subject vehicle. Please do not use the card as a way to inform Volvo Trucks North America that the vehicle has been inspected or modified. Your DCS claim on line is the appropriate means of informing Volvo Trucks North America that the vehicle has been inspected or modified.

**DEALER RECALL RESPONSIBILITY:**
Dealers are to perform the recall on all vehicles subject to the recall at no charge to the owner regardless of mileage, age of vehicle, or ownership from this time forward. Whenever a vehicle subject to this recall is taken into or is in your vehicle inventory or dealership for service, we strongly recommend you make every effort to perform the recall correction before the vehicle is sold or released to the owner.

**IMPORTANT NOTICE:**
Please note that the National Traffic and Motor Vehicle Safety Act requires that the owner's vehicle(s) be corrected at no charge and within a reasonable time after parts are available to you. The law states that failure to repair a vehicle within sixty (60) days after tender for repair shall be a prima facia evidence of unreasonable time. However, circumstances of a particular situation may reduce the sixty-day period. If an owner's vehicle is not repaired within a reasonable time, he or she may be entitled, without charge, to a reasonable equivalent vehicle or refund of the purchase price, less reasonable allowance for depreciation.

CFTS-Wit - 0205

# VOLVO

4.



Remove the cylinder from the hood. **IMPORTANT NOTE: DO NOT REMOVE THE BALL STUD FROM THE HOOD ON VNM AND VNL MODELS!**

5.  Attach the new cylinder (20725387) to the hood.

6.  Install the new ball stud (20502948) and lock nut (971098) to the chassis bracket, and then attach the new cylinder (20725387) to the ball stud. Torque the ball stud to 48 ± 8 Nm (35 ± 6 ft-lb).

# VOLVO

4.



Remove the cylinder and ball stud from the hood.

5. Install the new ball stud (20502948) and washer (976945), and then attach the new cylinder (20725387)
   to the ball stud.
   Torque the ball stud to 48 ± 8 Nm (35 ± 6 ft-lb).

6. Install the new ball stud (20502948) and lock nut (971098) to the chassis bracket, and then attach the
   new cylinder (20725387) to the ball stud. Torque the ball stud to 48 ± 8 Nm (35 ± 6 ft-lb).

Page 7 of 7

CFTS-Wit - 0207

UNIT# 6083A

88043

INVOICE

PAGE 1



CRESCENT Ford TRUCKS

6121 Jefferson Hwy.
Jefferson, LA 70123
(504) 818-1818
(800) 575-8785

STERLING



HOME:                    BUS:

SERVICE ADVISOR: 171 RON SCHEUERMANN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | VOLVO VNL64T | 4V4NC9EH48N489635 |  | 25/25 | 6083A |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| IS |  |  | 08:48 10NOV07 |  | 95.00 | CASH | 09NOV07 |

| R.O. OPENED | READY | OPTIONS: STK:6083A |
|---|---|---|
| 16:52 02NOV07 | 10:24 09NOV07 |  |

LINE OPCODE TECH TYPE HOURS                          LIST    NET    TOTAL

A INSTALL HUB AND DRUM ON DRIVERS SIDE FRONT TANDEM. HUB ON TRUCK IS
    CRACKED. PARTS IN CARDBOARD BOX.
    H84 MISC
        159   INT                                                  (N/C)
    1 20478411 HUB                                                  (N/C)
    7 TDA/R006000A NUT                                              (N/C)
    12 EUE-10221 STUD                                              (N/C)
PARTS:   0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE A:    0.00

25 5.0 PULLED AND REPLACED LEFT FRONT AXLE HUB ALSO HAD TO PUT NEW
STUDES IN
    *************************************************************
B CHANGE TOP SPEED TO "OPEN" NO LIMIT
    H601 ENGINE (DIESEL)
        151   INT                                                  (N/C)
PARTS:   0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE B:    0.00

25 1 HOUR REPROGRAM ROAD SPEED TO 85 MPH
    *************************************************************
C** PERFORM RECALL RVXX0704
    82134-0-02 RECALL RVXX0704
        151 WVOL                                                   (N/C)
    2 20725387 SHOCK ABSORBER                                      (N/C)
    2 20502948 CONNECTOR                                           (N/C)
    2 971098 FLANGE LOCK NUT                                       (N/C)

PARTS:   0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE C:    0.00

25 .6 HOURS INSTALL NEW HOOD SUPORTS
    *************************************************************
D** PDI (IPDI)
    H10 PDI (IPDI)
        151 WVOL                                                   (N/C)

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE
INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE
SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO
OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE
VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED
UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY
ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS
CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT
NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY
MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all
of the warranties with respect to
the sale of this item/items. The
Seller hereby expressly disclaims all
warranties either express or
implied, including any implied
warranty of merchantability or
fitness for a particular purpose.
Seller neither assumes nor
authorized any other person to
assume for it any liability in
connection with the sale of this
item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)     CUSTOMER SIGNATURE

CUSTOMER COPY

CFTS-Wit - 0208

UNIT# 6083A

88043

INVOICE

PAGE 2



CRESCENT Ford
TRUCKS
6121 Jefferson Hwy.
Jefferson, LA 70123
(504) 818-1818
(800) 575-8785

STERLING TRUCKS


VOLVO

HOME:          BUS:

SERVICE ADVISOR:   171 RON SCHEUERMANN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | VOLVO VNL64T | 4V4NC9EH48N489635 |  | 25/25 | 6083A |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| IS |  |  | 08:48 10NOV07 |  | 95.00 | CASH | 09NOV07 |

| R.O. OPENED | READY | OPTIONS: | | | | |
|---|---|---|---|---|---|---|
| 16:52 02NOV07 | 10:24 09NOV07 | STK:6083A | | | | |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:      0.00

25 PDI PREFORM PDI
     ********************************************************



ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)    CUSTOMER SIGNATURE

CUSTOMER COPY                    CFTS-Wit - 0209